**M Gmail**                                                                                           Linda Amarsingh <lindaamarsingh@gmail.com>

---

## Frontier Airlines: Refund Request CRM:0009565
2 messages

---

**Care, Customer** <CustomerCare@flyfrontier.com>                                                     Sat, Jun 17, 2023 at 10:48 AM
To: CON-230605-000869 Amarsingh <lindaamarsingh@gmail.com>

Hello Kusmin,

Thank you for reaching out to Frontier Airlines about delayed on June 13, 2023 when you were traveling from Orlando to St. Louis. We're sorry to hear that you were unable to travel as planned.

I'm sorry that you feel unhappy about your experience with our staff at the Orlando's airport., and we assure you this is not the type of service we strive to provide. I'm sorry that happened to you.

Frontier wants you to have a great experience when you fly with us, so it's disappointing when we receive reports of anything less than that. I'm grateful you brought this to our attention, so we can share your feedback with our Airport leadership group who will follow up with their team to ensure your experience is not repeated.

On the other hand, regarding your compensation request, it shows that this has already been handled at the airport on the day of the disruption and the amount of $415.92 has been issued.

We appreciate your patience and hope to service your travel needs under better circumstances in the future.

Regards,

Susan
Reservations Specialist
Frontier Airlines

**************************************************

P.S. We want your feedback! Please fill out our survey and you will be entered to win 2 FREE round-trip tickets on Frontier Airlines up to a value of $400. Click the link to take the survey:
https://www.surveymonkey.com/r/5LJKB2K

**************************************************

------------------- Original Message -------------------
**From:** CON-230605-000869 Amarsingh <lindaamarsingh@gmail.com>;
**Received:** Thu Jun 15 2023 19:37:00 GMT-0600 (Mountain Daylight Time)
**To:** Customer Care <customercare@flyfrontier.com>; <customercare@flyfrontier.com>;
**Subject:** Re: Frontier Airlines : Refund Request CRM:0485903

---

**CAUTION:** This email originated from outside of Frontier. DO NOT CLICK on any links or attachments unless you recognize the sender and know the content of the message is safe. If in doubt, click the Report Phish button.

---

I was informed I would receive compensation, and, refunded.  I have not received either.

I would like a response please and update.

Sent from my iPhone

> On Jun 13, 2023, at 10:15 PM, Care, Customer <CustomerCare@flyfrontier.com> wrote:
>
>
> Here is your incident number: INC-230614-000481
> Your refund request will be reviewed. Please expect a response within 7 days for qualifying refund requests.
>
> Answers to the most common questions about refund requests can be found on our website https://www.flyfrontier.com/travel/travel-info/change-policy
>
> Customer Care

---

**Linda Amarsingh** <lindaamarsingh@gmail.com>                                                        Wed, Jun 21, 2023 at 9:31 AM
To: "Care, Customer" <CustomerCare@flyfrontier.com>

I did not receive any compensation.  Where do I find this information?

Sent from my iPhone

> On Jun 17, 2023, at 10:48 AM, Care, Customer <CustomerCare@flyfrontier.com> wrote:
>
>
> [Quoted text hidden]