AMARSINGH VS. FRONTIER AIRLINES
ATTACHMENT

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:00 am, Jul 28, 2023*
**JEFFREY P. COLWELL, CLERK**

ADDRESS FORM

KUSMIN L. AMARSINGH
5 MAGNOLIA DRIVE
MARY ESTHER, FL 32569