

# U.S. District Court

### District of Colorado

Receipt Date: Aug 7, 2023 2:59PM

Kusmin Linda Amarsingh

Rcpt. No: 107801                     Trans. Date: Aug 7, 2023 2:59PM                     Cashier ID: #BL

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | 1:23-cv-01875 | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #237 | 08/7/2023 | | $402.00 |
| | | | Total Due Prior to Payment: | | $402.00 |
| | | | Total Tendered: | | $402.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 1:23-cv-01875-SBP Filing Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.