IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01875-SBP

KUSMIN L. AMARSINGH,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE SUSAN PROSE

    Plaintiff's second amended Complaint (ECF No. 8) filed August 8, 2023, is not signed. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed" and "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). Plaintiff is directed to cure this deficiency on or before **September 1, 2023**, by submitting on the proper form an amended pleading that is signed.

Dated:   August 9, 2023