# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01875-SBP

KUSMIN L. AMARSINGH,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE SUSAN PROSE

    This matter is before the Court on the amended pleading (ECF No. 11) filed by Plaintiff on August 10, 2023. The amended pleading (ECF No. 11) does not include a Statement of Claims or Request for Relief. Although Plaintiff indicates a Statement of Claims and Request for Relief are attached, there are no attachments. Plaintiff is directed to cure this deficiency on or before **September 1, 2023**, by submitting on the proper form an amended pleading that is signed and that includes a statement of the claims she is asserting as well as a request for relief.

Dated:   August 14, 2023