IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01875-SBP

KUSMIN L. AMARSINGH,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

ORDER DRAWING CASE

---

    The court has determined that this case does not appear to be appropriate for review pursuant to D.C.COLO.LCivR 8.1(a). Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED August 17, 2023.

BY THE COURT:

Susan Prose
United States Magistrate Judge