# UNITED STATES DISTRICT COURT
for the
District of Colorado
901 19th Street Denver, CO 80294

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:47 am, Aug 25, 2023
**JEFFREY P. COLWELL, CLERK**

**Kusmin L. Amarsingh**   )
)
*Plaintiff*   )
)
v.   )   Civil Action No. 1:2023cv01875
)
)
**Frontier Airlines, Inc**   )
)
*Defendant*   )

## AFFIDAVIT OF SERVICE

I, Moriah Matlock, being duly sworn, state:

I am 18 years or older and not a party to this action.

I received the following documents on August 21, 2023 at 1:17 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on Frontier Airlines in Arapahoe County, CO on August 21, 2023 at 1:59 pm at 1900 W Littleton Blvd, Littleton, CO 80120 by leaving the following documents with Cole Stender who as Clerk is authorized by appointment or by law to receive service of process for Frontier Airlines.

Amarsingh v. Frontier Airlines Inc.

White Male, est. age 31, glasses: N, Brown hair, 180 lbs to 200 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=39.6131591797,-105.0101321833
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

Executed in ____Arapahoe County_____, ___CO____ on ___8/21/2023_____.

/s/ *Moriah Matlock*
_____
Signature
Moriah Matlock
+1 (303) 907-7116
4406 S Lincoln St , Englewood , CO 80113

# Exhibit 1

Exhibit 1a)

