# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01875-GPG-KAS

KUSMIN L. AMARSINGH,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

FRONTIER AIRLINES, INC.

Dated: September 7, 2023        Respectfully submitted,

                                            /s/ Brian T. Maye

                                            Brian T. Maye
                                            HINSHAW & CULBERTSON LLP
                                            151 N. Franklin Street, Suite 2500
                                            Chicago, Illinois 60606
                                            Phone: (312) 704-3000
                                            Fax: (312) 704-3001
                                            E-mail: bmaye@hinshawlaw.com

61560\314646351.v1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that I have emailed the foregoing document or paper to Plaintiff at the following email address:

lindaamarsingh@gmail.com

/s/ Brian T. Maye

61560\314646351.v1