IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-01875-GPG-KAS

KUSMIN L. AMARSINGH

    Plaintiff,                                     Hon. Gordon P. Gallagher

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## DEFENDANT FRONTIER AIRLINES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Frontier Airlines, Inc. discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Respectfully submitted this 3rd day of November, 2023.

                                              /s/  Brian T. Maye

                                              Brian T. Maye
                                              HINSHAW & CULBERTSON LLP
                                              151 North Franklin Street, Suite 2500
                                              Chicago, Illinois 60606
                                              Phone: (312) 345-0700
                                              Email: bmaye@hinshawlaw.com

                                              **Attorneys for Defendant,**
                                              **Frontier Airlines, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, I caused the foregoing to be electronically filed with the United States District Court for the District of Colorado using the CM/ECF system.

/s/  Brian T. Maye