An official website of the United States government Here's how you know

Home \ Aviation Consumer Protection

**In This Section** +

### Related Links

- Press Release: DOT Relaunches Air Consumer Website

### Tags

- Air Consumer

## Bumping & Oversales

## Bumping

The vast majority of the time, passengers don't have any problems boarding their flights.  But occasionally, airlines may "bump" passengers and have them give up their seats.  Bumping, also known as "denied boarding," happens when there are more passengers scheduled to fly on an airplane than available seats.

The business practice of bumping is not illegal.  Airlines oversell their scheduled flights to a certain extent in order to compensate for "no-shows."  Most of the time, airlines correctly predict the "no shows" and everything goes smoothly.  But sometimes, passengers are bumped as a result of oversales practices.

Not all airlines engage in the practice of selling more tickets than available seats on an aircraft.  Some airlines simply sell enough tickets to fill every seat.  Although this practice significantly reduces the chances that a passenger will be bumped, the airline may still bump passengers in rare circumstances - such as when the seat is needed for a Federal Air Marshall.

It's important for passengers to understand why they may be asked to give up their seats and what rights they may have.  Before an airline forces a passenger to give up his/her seat due to overbooking, the airline must ask passengers on the flight if they are willing to give up their seat voluntarily in exchange for compensation.

## Voluntarily Giving Up Your Seat

When a flight has more passengers who are ready to fly than there are seats available, airlines must first ask passengers to give up their seats voluntarily, in exchange for compensation, before bumping anyone involuntarily.  Airlines may offer passengers incentives, such as money or vouchers, to volunteer.  There is no limit to the amount of money or vouchers that the airline may offer, and passengers are free to negotiate with the airline.

- If an airline offers a reduced rate ticket, free ticket, or voucher to passengers in exchange for volunteering to fly on a different flight, the airline must tell passengers about any and all restrictions that may apply to the use of the reduced rate ticket, free ticket, or voucher before passengers decide whether or not to give up their confirmed reserved space on the currently oversold flight.

If you decide to give your seat back to the airline in exchange for compensation and a later flight, you may want to get answers to these important questions:

- When is the next flight on which the airline can confirm your seat?  The alternate flight may be just as acceptable to you.  On the other hand, if the airline offers to put you on standby on another flight that's full, you could be stuck at your departure airport for a long time.

- Will the airline provide other amenities such as free meals, a hotel room, transfers between the hotel and the airport, and a phone card?  If not, you might have to spend the money it offers you on food or lodging while you wait for the next flight.

- How long is the ticket or voucher good for?

- Is the ticket or voucher unusable during holiday periods when you might want to use it?

- Can it be used for international flights?

## Involuntarily Giving Up Your Seat (Bumping)

Sometimes, when an airline asks for volunteers to give up their seats and fly on a different flight, there are not enough volunteers.  When this occurs, the airline will select passengers to give up their seats.  This is called "**involuntary denied boarding**" or "**bumping.**"

**How does an airline determine who has to give up their seat?**

- While it is legal for airlines to involuntarily bump passengers from an oversold flight when there are not enough volunteers, it is the airline's responsibility to determine its own fair boarding priorities.

- If there are not enough passengers who are willing to give up their seats voluntarily, an airline may deny you a seat on an aircraft based on criteria that it establishes, such as the passenger's check-in time, the fare paid by the passenger, or the passenger's frequent flyer status.  However, the criteria cannot subject a passenger to any unjust or unreasonable prejudice or disadvantage.  For example, an airline could not lawfully use a passenger's race or ethnicity as a criterion.

**Do airlines have to tell me my rights when I'm involuntarily bumped?**

- Yes.  DOT requires airlines to give all passengers who are bumped involuntarily a written statement describing their rights and explaining how the carrier decides who gets bumped.

**Can airlines involuntarily bump me after I have boarded the flight?**

- Generally, no.  If you have met the following conditions, airlines are not allowed to deny you permission to board, or remove you from the flight if you have already boarded the flight:
    - You have checked-in for your flight before the check-in deadline set by the airlines; and
    - A gate agent has accepted your paper boarding pass or electronically scanned your boarding pass and let you know that you may proceed to board.

- However, airlines may deny boarding or remove you from a flight even after accepting your boarding pass and informing you that you may proceed to board if the denial or removal is due to a safety, security, or health risk, or due to a behavior that is considered obscene, disruptive, or otherwise unlawful.

**Are airlines required to pay me money when I'm involuntarily bumped?**

- It depends.  An airline is required to compensate you after involuntarily bumping you from an oversold flight in certain situations.  However, there are many situations where you are not entitled to compensation.

**Bumped passengers are NOT eligible for compensation in the following situations:**

- <u>Aircraft Change</u> - A smaller plane is substituted for the larger one the airline originally planned on using due to operational or safety reasons.

- <u>Weight and Balance</u> - Weight or balance restrictions that apply to planes with 60 or fewer seats for operational or safety reasons.

- <u>Downgrading</u> - A passenger is downgraded from a higher class of seating to a lower class.  In this case, the passenger is entitled to a refund for the difference in price.

- <u>Charter Flights</u> -  A flight contracted for a specific trip that is not part of an airline's regular schedule.

- <u>Small Aircraft</u> - Scheduled flights on planes holding fewer than 30 passengers.

- Flights Departing a Foreign Location - International flights to the United States.  However, some airlines on these routes may provide compensation voluntarily. Also, the European Commission has a rule on bumping passengers from flights that apply to passengers departing from a European Union member state; ask the airline for details, or visit this page.

**Situations when bumped passengers ARE eligible for compensation:**

- If you are not bumped from a flight for one of the reasons above, you qualify for involuntary denied boarding compensation if an airline requires you to give up your seat on an oversold flight and:

    - You have a confirmed reservation,

    - You checked-in to your flight on time,

    - You arrived at the departure gate on time, and

    - The airline cannot get you to your destination within one hour of your flight's original arrival time.

**If I am entitled to compensation, how is the amount of compensation calculated?**

- Passengers who are denied boarding involuntarily due to oversales are entitled to compensation that is based on the price of their ticket, the length of time that they are delayed in getting to their destination because of being denied boarding, and whether their flight is a domestic flight or an international flight leaving from the United States.  This is called "denied boarding compensation" or "DBC" for short.

- Most bumped passengers who experience short delays on flights will receive compensation equal to double the one-way price of the flight they were bumped from, but airlines may limit this amount to up to $775.  Passengers experiencing longer delays on flights will receive payments of four times the one-way value of the flight they were bumped from, but airlines may limit this amount to up to $1,550.  Please see the tables below.

**Domestic - Denied Boarding Compensation (DBC)**

| Length of Delay | Compensation |
| --- | --- |
| 0 to 1 hour arrival delay | No compensation |
| 1 to 2 hour arrival delay | 200% of one-way fare (airlines may limit the compensation to $775 if 200% of the one-way fare is higher than $775) |
| Over 2 hour arrival delay | 400% of one-way fare (airlines may limit the compensation to $1,550 if 400% of the one-way fare is higher than $1,550) |

**International - Denied Boarding Compensation (DBC)**

| Length of Delay | Compensation |
| --- | --- |
| 0 to 1 hour arrival delay | No compensation |

| Length of Delay | Compensation |
| --- | --- |
| 1 to 4 hour arrival delay | 200% of one-way fare (airlines may limit the compensation to $775 if 200% of the one-way fare is higher than $775) |
| Over 4 hour arrival delay | 400% of one-way fare (airlines may limit the compensation to $1,550 if 400% of the one-way fare is higher than $1,550) |

**When will I receive compensation if I am eligible to receive it?**

- Following a bumping incident, airlines must offer passengers compensation at the airport on the same day.

- If the airline provides substitute transportation that leaves the airport before the airline can pay the passenger, the airline must pay the passenger within 24 hours of the bumping incident.

**Is there is a limit on how much money airlines are allowed to give me when I am involuntarily bumped?**

- No.  Although airlines are required to give you a certain amount of money by law, airlines are free to give you more money than is required if they want to.

## Other Reasons You May Be Removed From a Flight

An airline can refuse to transport a passenger for the reasons listed in its contract of carriage, a legal agreement between the passenger and airline, so long as the refusal is not discriminatory, such as:

- Being intoxicated or under the influence of illegal drugs.

- Attempting to interfere with the duties of a flight crew member.

- Disrupting flight operations or engaging in unruly behavior.

- Having an offensive odor that is not caused by a disability or illness.

FAA regulations state that "no person may assault, threaten, intimidate, or interfere with a crewmember in the performance of the crewmember's duties aboard an aircraft being operated."

To read the federal regulation implementing these rules, click here.





## DOT Relaunches Air Consumer Website

Last updated: Thursday, April 15, 2021

**U.S. DEPARTMENT OF TRANSPORTATION**

1200 New Jersey Avenue, SE
Washington, DC 20590
855-368-4200

   

**WANT TO KNOW MORE?**

Receive email updates about the latest in Safety, Innovation, and Infrastructure.

SUBSCRIBE NOW

**ABOUT DOT**

Meet the Secretary

Mission

Newsroom

Medium Blog

Social Media

Leadership

Regulations

Transit Benefit Policy

Careers

Contact Us

**OPERATING ADMINISTRATIONS**

FAA

FHWA

FMCSA

FRA

FTA

GLS

MARAD

NHTSA

OIG

OST

PHMSA

**RESEARCH AND TECHNOLOGY**

Office of the Assistant Secretary for Research and Technology

Bureau of Transportation Statistics

Volpe Center

Ask-A-Librarian

**PRIORITIES**

Bipartisan Infrastructure Law

Climate and Sustainability

Equity

Safety

Transformation

**POLICIES, RIGHTS, AND LEGAL**

USA.gov

Privacy Policy

FOIA

Budget and Performance

No FEAR Act

Cummings Act Notices

Ethics

Web Policies and Notices

Vulnerability Disclosure Policy

Accessibility

Amarsingh v. Frontier
Case:  1:23-cv-01875-GPG-KAS, pg 6 of 6

Case No. 1:23-cv-01875-GPG-KAS   Document 24-1   filed 11/13/23   USDC Colorado   pg 6 of 6

Ethics

Web Policies and Notices

Vulnerability Disclosure Policy

Accessibility