FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*11:28 am, Dec 01, 2023*
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

KUSMIN L. AMARSINGH

      Plaintiff(s),

v.                        Civil Action No. 1:23-cv-01875-GPG-KAS

FRONTIER AIRLINES, INC.

      Defendant(s).

---

## MOTION FOR APPOINTMENT OF COUNSEL

---

      I, Kusmin Linda Amarsingh, am the plaintiff in this case and am currently a pro se litigant.  I am an attorney myself but my experience is limited mainly to military law, some state practice, but zero experience practicing in the Federal District Court.

      As a result, I believe that I am unable to proceed with my claims in this case without the assistance of an attorney with experience litigating in the Colorado Federal District Court.  I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel. I am also without the legal resources that is so readily available to Defendants.

      Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

(1) <u>the nature and complexity of the action:</u>

Frontier has asked the Court to deny me the leniency it normally provides to pro se litigants because I am an attorney.  The Court has not ruled on that request, but without the pro se guidance from the Court, my limited experience will frustrate the process, and more importantly likely result in my failing to adequately represent myself in this Forum.  Frontier Airlines breached their contract with me by overbooking my flight and selecting only African American passengers and leaving all non-African Americans behind, including myself.  I cannot afford to hire an attorney because a retainer ranges from $10,000 to $15,000.  The cost will likely be even higher.  This lawsuit should not be a round of stump-the-chump given the seriousness of the allegations, and, effect on the public.

(2) <u>the potential merit of the claims or defenses of the unrepresented party;</u>

The claims here are of utmost importance.  The facts are clear on its face.  Frontier agents hand selected African American passengers ahead of me and about 6 to 8 other non-African American Passengers ahead of us, despite arriving and checking in before the African American passengers.  Additionally, my flight was a connecting flight, the next available flight was one week later.  The African Americans were on one leg of the trip and had a direct flight from Philadelphia to Orlando.  There was another direct flight that would easily accommodate them an hour later at the same gate from Philadelphia to Orlando. *(I will provide pleadings if required, but they are all publicly available on the Court's website).*

(3) <u>the demonstrated inability of the unrepresented party to retain an attorney by other means.</u>

The financial cost of hiring an attorney is just more than I can afford at this time, and given Frontier's financial strength and experience, the seriousness of the claims, and the disparate impact on protected classes i.e. race, nationality, and, financial status.  Freedom of transportation is a Constitutionally protected right, and, the broad discretion with the result that it had in fact is worthy of fighting and winning.  I intend to represent myself and these issues to the best of my ability and only require some assistance with guidance on procedural aspects of my case, and limited appearances at Court.  Of course, I will gladly accept any assistance a Pro Bono Attorney is willing to provide, but I understand that they must also be very busy.  My claims affect millions of Americans and Frontier's rational for their motion to dismiss my claims is that I was merely inconvenienced and not discriminated against and that they followed their carrier contract.  If this case prevails it will affect everyone, not just Indian Americans like myself.  I called the Colorado State Bar for guidance, as well as the Federal Bar Association, and they directed me to the Court's website and this motion.

and,

(4) <u>the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:</u>

Millions of Americans, of diverse races, and persons of different nationalities the world over, utilize and depend on commercial flights daily.  Lately the industry has seen a lot of budget airlines offering reduced flights and services.  The market served are primarily people who cannot afford the higher priced airlines.  Frontier's argument and application of the terms of their Contract is in direct conflict with the equal protection clause, commerce clause, and the privileges and immunities clause of the United States Constitution.  Even under purely contract terms, they have breached their contract by knowingly and intentionally overbooking their flight and failing to use a reasonable basis for selecting passengers.

The detrimental effect of Frontier prevailing will be major step back in our jurisprudence such that overbroad discretion will continue to discriminate or have disparate impact on persons based on race or nationality.  D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.,* 393 F.3d 1111, 1115 (10th Cir. 2004).

       I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case.  I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only that a member of the Civil Pro Bono Panel will review the case for possible representation.

       **WHEREFORE** I respectfully request:

**__X_____ General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15. **OR if unavailable, then:**

**___X____ Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:  Appearances at Court, procedural guidance, and, occasional review of form documents. I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

       I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1], and that a copy of this motion has been provided to Frontier Airlines through their attorneys.

Dated at:  Mary Esther, Florida, this 1st day December, 2023.

*Kusmin Amarsingh*

Kusmin Amarsingh

Pro Se Plaintiff

862-201-1305

---

[1] [**Note:** Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]