### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

KUSMIN L. AMARSINGH

    Plaintiff(s),

v.                          Civil Action No. 1:23-cv-01875-GPG-KAS

FRONTIER AIRLINES, INC.

    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:48 am, Dec 06, 2023
JEFFREY P. COLWELL, CLERK

### REQUEST FOR COURT TO CONSIDER SUPPLEMENTAL EVIDENCE

    I, Kusmin Linda Amarsingh, respectfully request permission to provide the Court with reliable and self-authenticated evidence to the Court in support of my complaint and deciding the motion to dismiss in this case.

### Nature of the evidence:

    1. <u>United States Bureau of Transportation Statistics for 13 June 2023</u>:  The schedule shows the number and frequency of flights from Philadelphia to Orlando and Philadelphia to St. Louis flight schedule for 13 June 2023.  There were in fact two additional direct flights from Philadelphia to Orlando that could accommodate the passengers that were boarded ahead of me, and the other non-African American passengers.  This evidence is derived from the 'Bureau of Transportation Statistics' which is an official US Government Agency.

    2. <u>Plaintiff's Frontier Airlines Trip Confirmation</u>:  My frontier flight confirmation for 13 June 2023 scheduled for 1700 and for which I checked two hours prior, arrived at the gate well before the boarded passengers, and, having paid significantly more.

    Despite my past concerted efforts, this evidence was unknown until today, December 6, 2023, and is critical to deciding the merits of my case.  This request is made in good faith.

    Dated at:  Mary Esther, Florida, this 6th day December 2023.  I certify that a copy of this request has been provided to opposing counsel via email on December 6th 2023.

*Kusmin Amarsingh*

Kusmin Amarsingh

Pro Se Plaintiff

862-201-1305