FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:50 am, Dec 06, 2023
JEFFREY P. COLWELL, CLERK

An official website of the United States government Here's how you know

Search

BTS TranStats
Airline On-Time Statistics

## Detailed Statistics Departures

NOTE: Due to the large amount of data to be searched, time period should be limited to a maximum total of 31 days for any combination of Month, Date and Year. For example, if October, November and December Month checkboxes are selected and 1,7,14,21 and 28 Day checkboxes are selected and 1997 Year checkbox is selected, then the total time period is 15 days. Times are reported in local time using a 24 hour clock.

**Statistics**
☑ All Statistics
☑ Scheduled departure time ☑ Actual departure time ☑ Scheduled elapsed time
☑ Actual elapsed time ☑ Departure delay ☑ Wheels-off time
☑ Taxi-Out time ☑ Cause of Delay

**Origin Airport:** Philadelphia, PA: Philadelphia International (PHL)

**Airline:** Frontier Airlines Inc. (F9)

**Month(s):**
☐ All Months
☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☑ Jun
☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

**Day(s):**
☐ All Days
☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10
☐ 11 ☐ 12 ☑ 13 ☐ 14 ☐ 15 ☐ 16 ☐ 17 ☐ 18 ☐ 19 ☐ 20
☐ 21 ☐ 22 ☐ 23 ☐ 24 ☐ 25 ☐ 26 ☐ 27 ☐ 28 ☐ 29 ☐ 30
☐ 31

**Year(s):**
☐ All Years
☐ 1987 ☐ 1988 ☐ 1989 ☐ 1990 ☐ 1991 ☐ 1992
☐ 1993 ☐ 1994 ☐ 1995 ☐ 1996 ☐ 1997 ☐ 1998
☐ 1999 ☐ 2000 ☐ 2001 ☐ 2002 ☐ 2003 ☐ 2004
☐ 2005 ☐ 2006 ☐ 2007 ☐ 2008 ☐ 2009 ☐ 2010
☐ 2011 ☐ 2012 ☐ 2013 ☐ 2014 ☐ 2015 ☐ 2016
☐ 2017 ☐ 2018 ☐ 2019 ☐ 2020 ☐ 2021 ☐ 2022
☑ 2023

[Reset] [Submit]

**Origin Airport:** Philadelphia, PA: Philadelphia International (PHL)
**Airline:** Frontier Airlines Inc. (F9)
**Month(s):** June
**Day(s):** 13
**Year(s):** 2023

NOTE: A complete listing of airline and airport abbreviations is available. Times are reported in local time using a 24 hour clock.
Airlines began reporting tarmac times for cancelled and diverted flights in October 2008. Tarmac times for cancelled or diverted flights operated prior to Oct. 1, 2008 are not available. Cause of delay data is available on this database beginning with flights operated Cause of Delay reporting, see Understanding the Reporting of Causes of Flight Delays and Cancellations.
All Cause of Delay (in minutes) are referring to the Arrival Delay.

**Displaying items 1 - 27 of 27**

Excel | CSV

| Carrier Code | Date (MM/DD/YYYY) | Flight Number | Tail Number | Destination Airport | Scheduled departure time | Actual departure time | Scheduled elapsed time (Minutes) | Actual elapsed time (Minutes) | Departure delay (Minutes) | Wheels-off time |
|---|---|---|---|---|---|---|---|---|---|---|
| F9 | 06/13/2023 | 0155 | N712FR | ATL | 09:05 | 09:59 | 134 | 137 | -6 | 09: |
| F9 | 06/13/2023 | 0511 | N230FR | DEN | 05:30 | 05:37 | 254 | 236 | 7 | 05: |
| F9 | 06/13/2023 | 0519 | N376FR | DEN | 20:45 | 20:35 | 258 | 270 | -10 | 20: |
| F9 | 06/13/2023 | 1165 | N330FR | MCO | 07:59 | 08:32 | 154 | 139 | 33 | 08: |
| F9 | 06/13/2023 | 1167 | N706FR | MCO | 13:20 | 13:11 | 157 | 151 | -9 | 13: |
| F9 | 06/13/2023 | 1169 | N388FR | MCO | 16:32 | 16:26 | 160 | 143 | -6 | 16: |
| F9 | 06/13/2023 | 1171 | N348FR | MCO | 17:00 | 17:59 | 161 | 149 | 59 | 18: |
| F9 | 06/13/2023 | 1173 | N328FR | MCO | 05:30 | 06:20 | 153 | 148 | 50 | 06: |
| F9 | 06/13/2023 | 1175 | N330FR | MCO | 21:34 | 21:57 | 159 | 152 | 23 | 22: |
| F9 | 06/13/2023 | 1651 | N324FR | RDU | 10:48 | 11:17 | 90 | 88 | 29 | 11: |
| F9 | 06/13/2023 | 1653 | N719FR | RDU | 13:33 | 13:25 | 87 | 112 | -8 | 13: |
| F9 | 06/13/2023 | 1707 | N388FR | CVG | 14:14 | 14:05 | 115 | 112 | -9 | 14: |
| F9 | 06/13/2023 | 2143 | N713FR | LAS | 19:03 | 18:54 | 335 | 327 | -9 | 19: |
| F9 | 06/13/2023 | 2295 | N610FR | FLL | 06:00 | 05:58 | 169 | 171 | -2 | 06: |
| F9 | 06/13/2023 | 2297 | N229FR | FLL | 12:35 | 12:44 | 167 | 169 | 9 | 12: |
| F9 | 06/13/2023 | 2303 | N394FR | DFW | 12:52 | 12:49 | 230 | 259 | -3 | 13: |
| F9 | 06/13/2023 | 2315 | N230FR | CLT | 17:26 | 17:17 | 109 | 100 | -9 | 17: |
| F9 | 06/13/2023 | 2327 | N367FR | MIA | 19:00 | 18:51 | 185 | 185 | -9 | 19: |
| F9 | 06/13/2023 | 2347 | N348FR | PBI | 09:32 | 10:42 | 162 | 150 | 70 | 11: |
| F9 | 06/13/2023 | 2355 | N371FR | RSW | 21:32 | 21:20 | 161 | 160 | -12 | 21: |
| F9 | 06/13/2023 | 2363 | N371FR | SAV | 15:05 | 15:03 | 131 | 119 | -2 | 15: |
| F9 | 06/13/2023 | 2375 | N322FR | TPA | 12:19 | 12:13 | 157 | 157 | -6 | 12: |
| F9 | 06/13/2023 | 2377 | N346FR | TPA | 18:37 | 18:25 | 169 | 162 | -12 | 18: |
| F9 | 06/13/2023 | 2385 | N353FR | ATL | 19:45 | 20:31 | 138 | 141 | 46 | 20: |
| F9 | 06/13/2023 | 4862 | N376FR | SJU | 08:40 | 10:07 | 236 | 277 | 87 | 10: |
| F9 | 06/13/2023 | 4864 | N324FR | SJU | 15:54 | 15:45 | 236 | 248 | -9 | 16: |
| F9 | 06/13/2023 | 4870 | N704FR | JAX | 10:31 | 11:58 | 140 | 124 | 87 | 12: |

SOURCE: Bureau of Transportation Statistics

Bureau of Transportation Statistics

Excel 1 CSV

| Carrier Code | Date (MM/DD/YYYY) | Flight Number | Tail Number | Destination Airport | Scheduled departure time | Actual departure time | Scheduled elapsed time (Minutes) | Actual elapsed time (Minutes) | Departure delay (Minutes) | Wheels-off tim |
|---|---|---|---|---|---|---|---|---|---|---|
| F9 | 06/13/2023 | 0044 | N809FR | ORD | 07:45 | 07:38 | 185 | 180 | -7 | 07:5 |
| F9 | 06/13/2023 | 0678 | N339FR | TTN | 12:08 | 12:02 | 187 | 135 | -6 | 12: |
| F9 | 06/13/2023 | 0679 | N377FR | DEN | 19:15 | 19:21 | 252 | 264 | 6 | 19:4 |
| F9 | 06/13/2023 | 0683 | N379FR | DEN | 11:15 | 11:27 | 247 | 268 | 12 | 11:4 |
| F9 | 06/13/2023 | 0801 | N313FR | DFW | 21:01 | 21:16 | 180 | 193 | 15 | 21:2 |
| F9 | 06/13/2023 | 0804 | N232FR | TTN | 19:34 | 23:48 | 160 | 134 | 254 | 00:0 |
| F9 | 06/13/2023 | 0882 | N375FR | CLT | 13:51 | 13:55 | 109 | 107 | 4 | 14: |
| F9 | 06/13/2023 | 1011 | N377FR | ATL | 06:30 | 06:21 | 95 | 98 | -9 | 06:4 |
| F9 | 06/13/2023 | 1013 | N706FR | ATL | 18:10 | 18:01 | 101 | 164 | -9 | 18:2 |
| F9 | 06/13/2023 | 1042 | N377FR | CLE | 11:29 | 11:42 | 155 | 152 | 13 | 12:0 |
| F9 | 06/13/2023 | 1046 | N723FR | CLE | 22:02 | 23:41 | 158 | 153 | 99 | 23:5 |
| F9 | 06/13/2023 | 1048 | N238FR | CLE | 14:56 | 16:29 | 159 | 142 | 93 | 16:4 |
| F9 | 06/13/2023 | 1054 | N342FR | CMH | 18:34 | 20:25 | 145 | 137 | 111 | 20:4 |
| F9 | 06/13/2023 | 1062 | N330FR | CVG | 11:29 | 12:07 | 137 | 134 | 38 | 12:2 |
| F9 | 06/13/2023 | 1064 | N375FR | CVG | 21:54 | 00:20 | 139 | 128 | 146 | 00:3 |
| F9 | 06/13/2023 | 1096 | N238FR | ISP | 21:58 | 22:48 | 166 | 141 | 50 | 23:0 |
| F9 | 06/13/2023 | 1098 | N717FR | ISP | 07:40 | 07:40 | 162 | 142 | 0 | 07:5 |
| F9 | 06/13/2023 | 1103 | N306FR | LAS | 09:45 | 10:24 | 302 | 307 | 39 | 10:3 |
| F9 | 06/13/2023 | 1105 | N388FR | LAS | 23:14 | 23:07 | 295 | 302 | -7 | 23:1 |
| F9 | 06/13/2023 | 1151 | N709FR | ONT | 17:43 | 17:49 | 321 | 343 | 6 | 18:1 |
| F9 | 06/13/2023 | 1158 | N238FR | ORF | 08:53 | 10:50 | 125 | 124 | 117 | 11:1 |
| F9 | 06/13/2023 | 1162 | N704FR | PHL | 06:57 | 07:12 | 154 | 147 | 15 | 07:2 |
| F9 | 06/13/2023 | 1164 | N229FR | PHL | 08:57 | 08:55 | 156 | 137 | -2 | 09:0 |
| F9 | 06/13/2023 | 1166 | N388FR | PHL | 10:49 | 10:40 | 155 | 141 | -9 | 10:5 |
| F9 | 06/13/2023 | 1168 | N378FR | PHL | 16:18 | 16:13 | 161 | 138 | -5 | 16:2 |
| F9 | 06/13/2023 | 1170 | N330FR | PHL | 18:06 | 18:22 | 158 | 162 | 16 | 19:0 |
| F9 | 06/13/2023 | 1172 | N348FR | PHL | 20:40 | 21:39 | 161 | 155 | 59 | 21:5 |
| F9 | 06/13/2023 | 1190 | N721FR | RDU | 09:57 | 09:50 | 112 | 89 | -7 | 10:0 |
| F9 | 06/13/2023 | 1192 | N721FR | RDU | 15:46 | 15:49 | 112 | 100 | 3 | 16:0 |
| F9 | 06/13/2023 | 1195 | N328FR | SAN | 19:20 | 19:24 | 310 | 339 | 4 | 20:0 |
| F9 | 06/13/2023 | 1206 | N611FR | BDL | 07:45 | 07:41 | 169 | 155 | -4 | 07:5 |
| F9 | 06/13/2023 | 1211 | N605FR | STL | 22:02 | 23:20 | 147 | 151 | 78 | 23:3 |
| F9 | 06/13/2023 | 1214 | N378FR | SYR | 08:53 | 08:47 | 172 | 164 | -8 | 09:0 |
| F9 | 06/13/2023 | 1238 | N375FR | BOS | 06:00 | 06:00 | 182 | 172 | 0 | 06:2 |
| F9 | 06/13/2023 | 1242 | N398FR | BWI | 16:56 | 16:47 | 143 | 133 | -9 | 17:0 |
| F9 | 06/13/2023 | 1247 | N353FR | DFW | 11:40 | 12:19 | 183 | 181 | 39 | 12:3 |
| F9 | 06/13/2023 | 1251 | N342FR | IAH | 11:57 | 12:34 | 161 | 216 | 37 | 12:5 |
| F9 | 06/13/2023 | 1287 | N716FR | PHX | 19:15 | 19:10 | 286 | 285 | -5 | 19:2 |
| F9 | 06/13/2023 | 1334 | N316FR | LGA | 14:22 | 14:19 | 172 | 145 | -3 | 14:3 |
| F9 | 06/13/2023 | 1737 | N338FR | SFO | 20:25 | 21:39 | 349 | 370 | 74 | 21:5 |
| F9 | 06/13/2023 | 4842 | N717FR | SJU | 23:19 | 23:30 | 173 | 163 | 11 | 23:4 |
| F9 | 06/13/2023 | 4844 | N616FR | SJU | 06:00 | 05:59 | 173 | 173 | -1 | 06:1 |
| F9 | 06/13/2023 | 4846 | N605FR | SJU | 09:30 | 15:03 | 176 | 163 | 333 | 15:1 |
| F9 | 06/13/2023 | 4882 | N316FR | BQN | 06:50 | 06:44 | 168 | 168 | -6 | 07:0 |
| F9 | 06/13/2023 | 4890 | N396FR | PSE | 08:41 | 08:36 | 177 | 172 | -5 | 08:5 |

SOURCE: Bureau of Transportation Statistics

Bureau of Transportation Statistics

Resources