

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:50 am, Dec 06, 2023
JEFFREY P. COLWELL, CLERK

Kusmin Amarsingh <kusminamarsingh@gmail.com>

## Fwd: It's time to check in for your flight to St. Louis
1 message

**Linda Amarsingh** <lindaamarsingh@gmail.com>　　　　　　　　　　　　　　　Wed, Dec 6, 2023 at 9:19 AM
To: Kusmin Amarsingh <kusminamarsingh@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Frontier Airlines <flights@emails.flyfrontier.com>
> **Date:** June 12, 2023 at 4:41:36 PM CDT
> **To:** lindaamarsingh@gmail.com
> **Subject: It's time to check in for your flight to St. Louis**
> **Reply-To:** Frontier Airlines <flights.email@flyfrontier.com>

Your confirmation code: **HIUY6R**
Last name: **Amarsingh**
Manage your trip

# TIME TO CHECK-IN!
Thank you for choosing Frontier with your Priceline booking.
It's almost time to fly - You can check-in online now!

## CHECK-IN NOW!



**ARRIVE AT THE AIRPORT PREPARED!**

NEW!!! Pre-purchase your bags and seats NOW and secure your boarding pass on our website or mobile app. **Assistance from an airport agent will now cost you $25.**

**MANAGE MY BOOKING**



**GO MOBILE:** Download our app to get your mobile boarding pass.

 

**PRINT AT HOME:** Complete online check-in to get your printable boarding pass.



**PLANNING ON BRINGING A CARRY ON?**

Alert: You will be denied boarding unless you pay for your bag.

**Pay for your bags now for the best price!** A carry-on bag is anything larger than a personal item (14H" x 18W" x 8D").

**BUY BAGS NOW**

**Did you buy your bags? Get the best deal when you buy online!**

- ✓ 1 free personal item that must be no larger than *14H" x 18W" x 8D"*
- ☐ I bought my carry-on bag(s)
- ☐ I bought my checked bag(s)

**Checked bags can be up to 40lbs.** Need more weight? You can add additional weight for your bag online now.

**ADD MORE BAGS**

## DEPARTURE AIRPORT DETAILS

**Philadelphia International Airport (PHL)**

Address: 8000 Essington Ave, Philadelphia, PA 19153
Website: phl.org

## ARRIVAL AIRPORT DETAILS

**St. Louis Lambert International Airport (STL)**

Address: 10701 Lambert International Blvd, St. Louis, MO 63145

Website: www.flystl.com

## DAY OF TRAVEL TIMELINE

- **Arrive at airport: 3:00 PM**
  Get to the airport **2** hr. before your flight.

- **Drop off your checked bags and make sure you have your boarding pass: 4:15 PM**
  Bag drop off closes 45 min. before your flight. Be sure to buy your bags now online, bags cost more at the airport.

- **Boarding begins: 4:30 PM**
  Your seat is assigned and on your boarding pass. Want a better seat? Upgrade online now!

- **Doors close: 4:45 PM**
  Doors close 15 min. before your flight. Get ready for takeoff!

- **Flight Departs: 5:00 PM**
  Enjoy your flight. Thanks for flying Frontier!

*Please note:* The time and flight details are accurate as of when this email was sent.
For up to the minute information on your flight, check your current flight status.

## YOUR TRIP

### Departing Flights 1171 & 1211
Jun. 13, 2023

| PHL | MCO | MCO | STL |
|---|---|---|---|
| 5:00 PM | 7:41 PM | 10:02 PM | 11:29 PM |

**Total Time:** 7 hrs 29 min | 1 Stop (MCO)
*MCO: 2 hrs 21 min layover*

**Kusmin Amarsingh**
**Carry-On:** 0 | **Checked Bag(s):** 0
**Seat Assignment:**
PHL to MCO: Not Assigned
MCO to STL: Not Assigned

**LOOKING FOR TRAVEL INSURANCE?**
Protect your trip with Travel Guard™ travel insurance

**Be Prepared!**
**Pack a travel insurance plan.**

AIG

GET A QUOTE

BOOK A FLIGHT     ONLINE DEALS     MANAGE TRAVEL



CONNECT WITH US     DOWNLOAD THE APP

        

You are receiving this email because of account activity with Frontier Airlines.
Privacy Policy

This message was sent to lindaamarsingh@gmail.com
©2023 Frontier Airlines. All Rights Reserved.
4545 Airport Way | Denver, CO 80239

**Tips to assist with your travel planning:**

Want more legroom? We have it! STRETCH seating is now available on all our airplanes. Learn More.

Rental Cars: Choose from Avis or Budget, all from one easy search! Rent a Car. Book Now.

**Terms and Conditions**

**IMPORTANT: By purchasing you have agreed to our terms and conditions and contract of carriage.**

You can add Checked and Carry-On Bag options, choose pre-assigned seats, and check the status of your flight on Frontier Airlines' mobile app: Android or iOS.

All passengers are permitted to take one personal item not to exceed 14" tall, 18" wide, and 8" long, on-board the aircraft with no additional charge. Visit our carry-on baggage page for details.

Passengers are required to have their boarding pass in hand 45 minutes prior to departure for domestic flights and 60 minutes for international flights. Passengers must be at the designated gate 30 minutes prior to departure.

To contact Customer Relations, visit www.flyfrontier.com/customer-support/ or mail to: Attn: Customer Relations, Frontier Airlines, 4545 Airport Way, Denver, CO 80239

**AIRLINE PASSENGERS WITH DISABILITIES BILL OF RIGHTS**

If you are a passenger with a disability and require special services, please review the Airline Passengers with Disabilities Bill of Rights for more information.

**TERMS AND CONDITIONS FRONTIER AIRLINES MASTER CARD**

1. Offer subject to credit approval. This offer is available through this advertisement and may not be accessible elsewhere. For complete pricing and other details, please see the Terms and Conditions.

This one-time offer is valid for eligible cardmembers. You may not be eligible for this offer if you currently have or previously had an account with us in this program. In addition, you may not be eligible for this offer if, at any time during our relationship with you, we have cause, as determined by us in our sole discretion, to suspect that the account is being obtained or will be used for abusive or gaming activity (such as, but not limited to, obtaining or using the account to maximize rewards earned in a manner that is not consistent with typical consumer activity and/or multiple credit card account applications/openings). Please see the About This Offer section of the Terms and Conditions for important information.

2. Conditions and limitations apply. Please refer to the Frequently Asked Questions section of the website and the Reward Rules within the Terms and Conditions for additional information about the rewards program.

The FRONTIER Airlines World Mastercard® is issued by Barclays Bank Delaware (Barclays) pursuant to a license from Mastercard international Incorporated. Mastercard and World Mastercard are registered trademarks, and the circles design is a trademark of Mastercard International Incorporated.

©2020 Barclays Bank Delaware, PO Box 8801, Wilmington DE 19801, Member FDIC.