FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:50 am, Dec 06, 2023
JEFFREY P. COLWELL, CLERK



Kusmin Amarsingh <kusminamarsingh@gmail.com>

---

### Fwd: Your Flight Confirmation Code A8722S
1 message

---

**Linda Amarsingh** <lindaamarsingh@gmail.com>   Wed, Dec 6, 2023 at 9:19 AM
To: Kusmin Amarsingh <kusminamarsingh@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Frontier Airlines <flights@emails.flyfrontier.com>
> **Date:** June 4, 2023 at 11:50:22 AM CDT
> **To:** lindaamarsingh@gmail.com
> **Subject: Your Flight Confirmation Code A8722S**
> **Reply-To:** Frontier Airlines <flights.email@flyfrontier.com>

# PURCHASE CONFIRMATION

Thank you for your purchase with us!

Your flight confirmation code is:   **A8722S**

You can check-in and retrieve your boarding pass 24 hours before your flight.

Need to update or cancel/change your flight?

   ACCESS YOUR BOOKING

## PURCHASE SUMMARY

### AMOUNT PAID: $287.95

FLIGHTS   Subtotal: $187.96

### DEPARTING FLIGHT 639 & 520



**Pensacola (PNS) to Philadelphia (PHL)**

Depart: 6/6/2023 9:33 PM | Arrive: 6/7/2023 1:26 PM
Total Duration: 14 hr 53 min

🕒 This flight arrives 1 day after departure (+1)

**1 Stop - Denver (DEN)**

**PNS to DEN**
Depart: 6/6/2023 9:33 PM | Arrive: 6/6/2023 11:59 PM
**Layover:** 7 hr 51 min Note: This layover is +6 hours.

**DEN to PHL**
Depart: 6/7/2023 7:50 AM | Arrive: 6/7/2023 1:26 PM

### RETURNING FLIGHT 511 & 638



**Philadelphia (PHL) to Pensacola (PNS)**

Depart: 6/12/2023 5:55 AM | Arrive: 6/12/2023 1:23 PM
Total Duration: 8 hr 28 min

**1 Stop - Denver (DEN)**

**PHL to DEN**
Depart: 6/12/2023 5:55 AM | Arrive: 6/12/2023 8:09 AM
**Layover:** 1 hr 14 min

**DEN to PNS**
Depart: 6/12/2023 9:23 AM | Arrive: 6/12/2023 1:23 PM

## MEMBERSHIPS                                                     $99.99

### DISCOUNT DEN®



**ANNUAL MEMBERSHIP FEE $59.99**
**INITIAL SIGN UP FEE $40.00**

## PASSENGERS

### ADULT(S)



**1 - Kusmin Amarsingh**
*FRONTIER Miles*[sm] #: 90095850361

## BUNDLE IT

### BUNDLE AND SAVE



**Add the PERKS℠ Bundle and save!**

Buy Now And Save!
You get: 1 Carry-on, 1 Checked Bag & Seat Assignment

## SERVICES                                                                 Subtotal: $0.00

### Self-Service

**$0.00 | No Pre-Purchased Airport Agent Assistance**

**FREE -** You have chosen Self-Service and will not need assistance from an airport agent. Please download our mobile app or visit flyfrontier.com.

If you prefer Agent Assistance at the airport ticket counter for things like checking in and printing your boarding pass, you may purchase that now. See exclusions.

 Reminder, bags and seats cost more at the airport.

## SEATS                                                                        Subtotal: $0.00



**You have not purchased a seat assignment(s)**
You will be randomly assigned seat(s) at check-in.
**Buy Seat Assignments Now**!

## BAGS                                                                         Subtotal: $0.00



**You have not purchased bags**
You can bring one personal item no larger than larger than 14"H X 18"W X 8"D.
**Buy Bags Now**!

**LOOKING FOR TRAVEL INSURANCE?**
Protect your trip with Travel Guard™ travel insurance



**Be Prepared!**
**Pack a travel insurance plan.**

GET A QUOTE

### PASSENGER OPTIONS & EXTRAS DETAIL

Kusmin Amarsingh

| | |
|---|---|
| Discount Den Sign up Fee | $59.99 |
| New Enrollment Fee | $40.00 |

## TAXES AND CARRIER IMPOSED FEES

| | |
|---|---|
| US Transportation Tax | $2.01 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Passenger Security Fee | $5.60 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |
| US Transportation Tax | $1.31 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Passenger Security Fee | $5.60 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |

## PURCHASE TOTAL

| | |
|---|---|
| Airfare | $44.24 |
| Options | $40.00 |
| Memberships | $59.99 |
| Taxes and Carrier-Imposed Fees | $143.72 |
| **Grand Total** | **$287.95** |

## PAYMENT: VISA

| | |
|---|---|
| **Total** | **$287.95** |

| | |
|---|---|
| Payment Date | 06-04-2023 |
| Payment Type | VISA |
| ***Approved*** | XXXXXXXXXXXX8119 |

### EARN UP TO 60,000 BONUS MILES

Enough to redeem for up to 5 domestic one-way tickets with the FRONTIER Airlines World Mastercard® after qualifying account activity. Terms apply.

$89 Annual Fee

**APPLY NOW**

BOOK A FLIGHT     ONLINE DEALS     MANAGE TRAVEL

CONNECT WITH US                DOWNLOAD THE APP

     

You are receiving this email because of account activity with Frontier Airlines.
Privacy Policy

This message was sent to lindaamarsingh@gmail.com
©2023 Frontier Airlines. All Rights Reserved.
4545 Airport Way | Denver, CO 80239

**AIRLINE PASSENGERS WITH DISABILITIES BILL OF RIGHTS**

If you are a passenger with a disability and require special services, please review the Airline Passengers with Disabilities Bill of Rights for more information.

**Tips to assist with your travel planning:**

Save time at the airport: check in online within 24 hours of your departure.

Want more legroom? We have it! STRETCH seating is now available on all our airplanes. Learn More.

Rental Cars: Choose from Avis or Budget, all from one easy search! Rent a Car. Book Now.

**Terms and Conditions**

**IMPORTANT: By purchasing you have agreed to our terms and conditions and contract of carriage.**

You can add Checked and Carry-On Bag options, choose pre-assigned seats, and check the status of your flight on Frontier Airlines' mobile app: Android or iOS.

All passengers are permitted to take one personal item not to exceed 14" tall, 18" wide, and 8" deep on-board the aircraft with no additional charge. Visit our carry-on baggage page for details.

BAG OPTION PRICES:

| Purchase Location | Carry-On Bag | 1st Checked Bag | 2nd Checked Bag | >3+ Checked Bag |
|---|---|---|---|---|
| BEST VALUE! At booking on web/mobile | $54 | $54 | $74 | $94 |
| After booking and up to 24 hrs before departure on web/mobile | $64 | $64 | $84 | $104 |
| Customer Support Agent | $79 | $79 | $89 | $95 |
| Web/mobile check-in | $64 | $64 | $84 | $104 |
| Airport ticket counter or self-serve kiosk | $79 | $79 | $89 | $95 |
| Departure gate | $99 | $99 for bags exceeding our size requirements | N/A | N/A |

All prices are per passenger, per direction. A service agent charge of up to $25 per person per direction applies to all agent assisted transactions.

Charges for seating upgrades are charged per flight, including connecting flights in the itinerary.

All Elite members may bring a large carry-on bag for free. All passengers on an Elite 100k members' booking may bring a large carry-on bag and/or may check one bag for free. Active military passengers, subject to verification, may bring one carry-on bag and/or may check up to two bags, which may be oversize and/or overweight, for free. This benefit does not extend to family members or other travelling companions.

PERSONAL ITEM: Personal items can be no larger than 14" tall, 18" wide, and 8" deep.

CARRY-ON BAG SPECIFICATIONS: Carry-On Bags can be no larger than 24" tall, 10" wide, and 16" long (including handles, wheels, and straps) and no heavier than 35 pounds. Any customer who arrives at the gate with a carry-on bag that exceeds the allowable dimensions will be charged the Checked Bag price to gate check the bag.

OVERWEIGHT CHECKED BAGGAGE: $75-$100 per bag, per direction (Non-Refundable) For tickets purchased on or after May 11, 2023, bags weighing 41-50 pounds will be charged $75 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. Bags in excess of 100 pounds will not be accepted.

For tickets purchased before May 11, 2023, bags weighing 41-50 pounds will be charged $50 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. Bags in excess of 100 pounds will not be accepted

If you purchased your ticket at FlyFrontier.com or through our Reservations Department, you may request a full refund up to 24 hours after the time of purchase if the purchase was made 7 days (168 hours) or more prior to your flight's departure. This ticket may be canceled and refunded at the My Trips section on FlyFrontier.com.

Passengers are required to have their boarding pass in hand 45 minutes prior to departure for domestic flights and 60 minutes for international flights. Passengers must be at the designated gate 30 minutes prior to departure.

You may change an Economy ticket provided that (1) you do so prior to the scheduled flight departure time and (2) you pay any difference between the fare purchased and the fare for the new flight(s) (no refund will apply if the fare of the new ticket is less) plus a service fee. For full details, visit FlyFrontier.com.

If you purchased a Discount Den membership, you can find all details of your subscription on the Membership Terms and Conditions page.

To contact Customer Relations, visit www.flyfrontier.com/customer-support/ or mail to: Attn: Customer Relations, Frontier Airlines, 4545 Airport Way, Denver, CO 80239