**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:48 am, Dec 06, 2023
JEFFREY P. COLWELL, CLERK

KUSMIN L. AMARSINGH

    Plaintiff(s),

v.                        Civil Action No. 1:23-cv-01875-GPG-KAS

FRONTIER AIRLINES, INC.

    Defendant(s).

---

### REQUEST FOR COURT TO CONSIDER SUPPLEMENTAL EVIDENCE

---

    I, Kusmin Linda Amarsingh, respectfully request permission to provide the Court with reliable and self-authenticated evidence to the Court in support of my complaint and deciding the motion to dismiss in this case.

### Nature of the evidence:

    1. <u>United States Bureau of Transportation Statistics for 13 June 2023</u>: The schedule shows the number and frequency of flights from Philadelphia to Orlando and Philadelphia to St. Louis flight schedule for 13 June 2023. There were in fact two additional direct flights from Philadelphia to Orlando that could accommodate the passengers that were boarded ahead of me, and the other non-African American passengers. This evidence is derived from the 'Bureau of Transportation Statistics' which is an official US Government Agency.

    2. <u>Plaintiff's Frontier Airlines Trip Confirmation</u>: My frontier flight confirmation for 13 June 2023 scheduled for 1700 and for which I checked two hours prior, arrived at the gate well before the boarded passengers, and, having paid significantly more.

    Despite my past concerted efforts, this evidence was unknown until today, December 6, 2023, and is critical to deciding the merits of my case. This request is made in good faith.

    Dated at: Mary Esther, Florida, this 6th day December 2023. I certify that a copy of this request has been provided to opposing counsel via email on December 6th 2023.

                                            *Kusmin Amarsingh*

                                            Kusmin Amarsingh

                                            Pro Se Plaintiff

                                            862-201-1305

An official website of the United States government Here's how you know

Search

BTS TranStats
Airline On-Time Statistics

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
10:50 am, Dec 06, 2023
**JEFFREY P. COLWELL, CLERK**

## Detailed Statistics Departures

NOTE: Due to the large amount of data to be searched, time period should be limited to a maximum total of 31 days for any combination of Month, Date and Year. For example, if October, November and December Month checkboxes are selected, 1,7,14,21 and 28 Day checkboxes are selected and 1997 Year checkbox is selected, then the total time period is 15 days. Times are reported in local time using a 24 hour clock.

**Statistics**
☑ All Statistics
☑ Scheduled departure time ☑ Actual departure time ☑ Scheduled elapsed time
☑ Actual elapsed time ☑ Departure delay ☑ Wheels-off time
☑ Taxi-Out time ☑ Cause of Delay

Origin Airport: Philadelphia, PA: Philadelphia International (PHL)
Airline: Frontier Airlines Inc. (F9)

**Month(s):**
☐ All Months
☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☑ Jun
☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

**Day(s):**
☐ All Days
☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10
☐11 ☐12 ☑13 ☐14 ☐15 ☐16 ☐17 ☐18 ☐19 ☐20
☐21 ☐22 ☐23 ☐24 ☐25 ☐26 ☐27 ☐28 ☐29 ☐30
☐31

**Year(s):**
☐ All Years
☐1987 ☐1988 ☐1989 ☐1990 ☐1991 ☐1992
☐1993 ☐1994 ☐1995 ☐1996 ☐1997 ☐1998
☐1999 ☐2000 ☐2001 ☐2002 ☐2003 ☐2004
☐2005 ☐2006 ☐2007 ☐2008 ☐2009 ☐2010
☐2011 ☐2012 ☐2013 ☐2014 ☐2015 ☐2016
☐2017 ☐2018 ☐2019 ☐2020 ☐2021 ☐2022
☑2023

[Reset] [Submit]

Origin Airport: Philadelphia, PA: Philadelphia International (PHL)
Airline: Frontier Airlines Inc. (F9)
Month(s): June
Day(s): 13
Year(s): 2023

NOTE: A complete listing of airline and airport abbreviations is available. Times are reported in local time using a 24 hour clock.
Airlines began reporting tarmac times for cancelled and diverted flights in October 2008. Tarmac times for cancelled or diverted flights operated prior to Oct. 1, 2008 are not available. Cause of delay data is available on this database beginning with flights operated with Cause of Delay reporting, see Understanding the Reporting of Causes of Flight Delays and Cancellations.
All Cause of Delay (in minutes) are referring to the Arrival Delay.

### Displaying Items 1 - 27 of 27

Excel | CSV

| Carrier Code | Date (MM/DD/YYYY) | Flight Number | Tail Number | Destination Airport | Scheduled departure time | Actual departure time | Scheduled elapsed time (Minutes) | Actual elapsed time (Minutes) | Departure delay (Minutes) | Wheels-off tim |
|---|---|---|---|---|---|---|---|---|---|---|
| F9 | 06/13/2023 | 0155 | N712FR | ATL | 06:05 | 05:59 | 134 | 137 | -6 | 06: |
| F9 | 06/13/2023 | 0511 | N230FR | DEN | 05:30 | 05:37 | 254 | 236 | 7 | 05: |
| F9 | 06/13/2023 | 0519 | N376FR | DEN | 20:45 | 20:38 | 258 | 270 | -10 | 20: |
| F9 | 06/13/2023 | 1165 | N330FR | MCO | 07:59 | 08:32 | 154 | 139 | 33 | 08:* |
| F9 | 06/13/2023 | 1167 | N706FR | MCO | 13:20 | 13:11 | 157 | 161 | -9 | 13: |
| F9 | 06/13/2023 | 1169 | N388FR | MCO | 19:32 | 19:26 | 169 | 149 | -6 | 19:* |
| F9 | 06/13/2023 | 1171 | N348FR | MCO | 17:00 | 17:59 | 161 | 149 | 59 | 18:* |
| F9 | 06/13/2023 | 1173 | N328FR | MCO | 05:30 | 06:20 | 153 | 148 | 50 | 06: |
| F9 | 06/13/2023 | 1175 | N330FR | MCO | 21:34 | 21:57 | 159 | 162 | 23 | 22: |
| F9 | 06/13/2023 | 1651 | N324FR | RDU | 10:49 | 11:17 | 90 | 88 | 28 | 11: |
| F9 | 06/13/2023 | 1653 | N719FR | RDU | 13:33 | 13:25 | 87 | 112 | -8 | 13: |
| F9 | 06/13/2023 | 1707 | N388FR | CVG | 14:14 | 14:05 | 115 | 112 | -9 | 14: |
| F9 | 06/13/2023 | 2143 | N713FR | LAS | 19:03 | 18:54 | 335 | 327 | -9 | 19: |
| F9 | 06/13/2023 | 2295 | N610FR | FLL | 06:00 | 05:58 | 169 | 171 | -2 | 06: |
| F9 | 06/13/2023 | 2297 | N229FR | FLL | 12:35 | 12:44 | 157 | 169 | 9 | 12: |
| F9 | 06/13/2023 | 2303 | N394FR | DFW | 12:52 | 12:49 | 239 | 259 | -3 | 13: |
| F9 | 06/13/2023 | 2315 | N230FR | CLT | 17:26 | 17:17 | 109 | 103 | -9 | 17: |
| F9 | 06/13/2023 | 2327 | N367FR | MIA | 19:00 | 18:51 | 185 | 185 | -9 | 19: |
| F9 | 06/13/2023 | 2347 | N348FR | PBI | 09:32 | 10:42 | 162 | 150 | 70 | 11: |
| F9 | 06/13/2023 | 2355 | N371FR | RSW | 21:32 | 21:20 | 161 | 160 | -12 | 21: |
| F9 | 06/13/2023 | 2363 | N371FR | SAV | 15:05 | 15:03 | 131 | 119 | -2 | 15: |
| F9 | 06/13/2023 | 2375 | N322FR | TPA | 12:19 | 12:13 | 157 | 157 | -6 | 12: |
| F9 | 06/13/2023 | 2377 | N346FR | TPA | 18:37 | 18:25 | 169 | 162 | -12 | 18: |
| F9 | 06/13/2023 | 2585 | N353FR | ATL | 19:45 | 20:31 | 138 | 141 | 46 | 20: |
| F9 | 06/13/2023 | 4862 | N376FR | SJU | 08:40 | 10:07 | 236 | 277 | 87 | 10: |
| F9 | 06/13/2023 | 4864 | N324FR | SJU | 15:54 | 15:45 | 236 | 248 | -9 | 15: |
| F9 | 06/13/2023 | 4870 | N704FR | JAX | 10:31 | 11:58 | 140 | 124 | 87 | 12: |

SOURCE: Bureau of Transportation Statistics

Bureau of Transportation Statistics

Excel | CSV

| Carrier Code | Date (MM/DD/YYYY) | Flight Number | Tail Number | Destination Airport | Scheduled departure time | Actual departure time | Scheduled elapsed time (Minutes) | Actual elapsed time (Minutes) | Departure delay (Minutes) | Wheels-off tim |
|---|---|---|---|---|---|---|---|---|---|---|
| F9 | 06/13/2023 | 0044 | N809FR | ORD | 07:45 | 07:38 | 185 | 180 | -7 | 07:5 |
| F9 | 06/13/2023 | 0678 | N339FR | TTN | 12:08 | 12:02 | 157 | 135 | -6 | 12: |
| F9 | 06/13/2023 | 0679 | N377FR | DEN | 19:15 | 19:21 | 252 | 264 | 6 | 19:4 |
| F9 | 06/13/2023 | 0683 | N378FR | DEN | 11:15 | 11:27 | 247 | 268 | 12 | 11:4 |
| F9 | 06/13/2023 | 0801 | N313FR | DFW | 21:01 | 21:16 | 180 | 193 | 15 | 21:2 |
| F9 | 06/13/2023 | 0804 | N232FR | TTN | 19:34 | 23:48 | 160 | 134 | 254 | 00:0 |
| F9 | 06/13/2023 | 0882 | N375FR | CLT | 13:51 | 13:55 | 109 | 107 | 4 | 14: |
| F9 | 06/13/2023 | 1011 | N377FR | ATL | 06:30 | 06:21 | 95 | 98 | -9 | 06:4 |
| F9 | 06/13/2023 | 1013 | N706FR | ATL | 18:10 | 18:01 | 101 | 164 | -9 | 18:2 |
| F9 | 06/13/2023 | 1042 | N377FR | CLE | 11:29 | 11:42 | 155 | 152 | 13 | 12:0 |
| F9 | 06/13/2023 | 1046 | N723FR | CLE | 22:02 | 23:41 | 158 | 153 | 99 | 23:5 |
| F9 | 06/13/2023 | 1048 | N238FR | CLE | 14:56 | 16:29 | 159 | 142 | 93 | 16:4 |
| F9 | 06/13/2023 | 1054 | N342FR | CMH | 18:34 | 20:25 | 145 | 137 | 111 | 20:4 |
| F9 | 06/13/2023 | 1062 | N330FR | CVG | 11:29 | 12:07 | 137 | 134 | 38 | 12:2 |
| F9 | 06/13/2023 | 1064 | N375FR | CVG | 21:54 | 00:20 | 139 | 128 | 146 | 00:3 |
| F9 | 06/13/2023 | 1096 | N238FR | ISP | 21:58 | 22:48 | 166 | 141 | 50 | 23:0 |
| F9 | 06/13/2023 | 1098 | N717FR | ISP | 07:40 | 07:40 | 162 | 142 | 0 | 07:5 |
| F9 | 06/13/2023 | 1103 | N308FR | LAS | 09:45 | 10:24 | 302 | 307 | 39 | 10:3 |
| F9 | 06/13/2023 | 1105 | N388FR | LAS | 23:14 | 23:07 | 295 | 302 | -7 | 23:1 |
| F9 | 06/13/2023 | 1151 | N709FR | ONT | 17:43 | 17:49 | 321 | 343 | 6 | 18:1 |
| F9 | 06/13/2023 | 1158 | N238FR | ORF | 08:53 | 10:50 | 125 | 124 | 117 | 11:1 |
| F9 | 06/13/2023 | 1162 | N704FR | PHL | 06:57 | 07:12 | 154 | 147 | 15 | 07:2 |
| F9 | 06/13/2023 | 1164 | N229FR | PHL | 08:57 | 08:55 | 156 | 137 | -2 | 09:0 |
| F9 | 06/13/2023 | 1166 | N388FR | PHL | 10:49 | 10:40 | 155 | 141 | -9 | 10:5 |
| F9 | 06/13/2023 | 1168 | N378FR | PHL | 16:18 | 16:13 | 161 | 138 | -5 | 16:2 |
| F9 | 06/13/2023 | 1170 | N330FR | PHL | 18:06 | 18:22 | 158 | 162 | 16 | 19:0 |
| F9 | 06/13/2023 | 1172 | N348FR | PHL | 20:40 | 21:39 | 161 | 155 | 59 | 21:5 |
| F9 | 06/13/2023 | 1190 | N721FR | RDU | 09:57 | 09:50 | 112 | 89 | -7 | 10:0 |
| F9 | 06/13/2023 | 1192 | N721FR | RDU | 15:46 | 15:49 | 112 | 100 | 3 | 16:0 |
| F9 | 06/13/2023 | 1195 | N328FR | SAN | 19:20 | 19:24 | 310 | 339 | 4 | 20:0 |
| F9 | 06/13/2023 | 1206 | N611FR | BDL | 07:45 | 07:41 | 169 | 155 | -4 | 07:5 |
| F9 | 06/13/2023 | 1211 | N805FR | STL | 22:02 | 23:20 | 147 | 151 | 78 | 23:3 |
| F9 | 06/13/2023 | 1214 | N378FR | SYR | 08:55 | 08:47 | 172 | 164 | -8 | 09:0 |
| F9 | 06/13/2023 | 1238 | N375FR | BOS | 06:00 | 06:00 | 182 | 172 | 0 | 06:2 |
| F9 | 06/13/2023 | 1242 | N398FR | BWI | 16:56 | 16:47 | 143 | 133 | -9 | 17:0 |
| F9 | 06/13/2023 | 1247 | N353FR | DFW | 11:40 | 12:19 | 183 | 181 | 39 | 12:3 |
| F9 | 06/13/2023 | 1251 | N342FR | IAH | 11:57 | 12:34 | 161 | 216 | 37 | 12:5 |
| F9 | 06/13/2023 | 1287 | N716FR | PHX | 19:15 | 19:10 | 286 | 285 | -5 | 19:2 |
| F9 | 06/13/2023 | 1334 | N316FR | LGA | 14:22 | 14:19 | 172 | 145 | -3 | 14:3 |
| F9 | 06/13/2023 | 1737 | N338FR | SFO | 20:25 | 21:39 | 349 | 370 | 74 | 21:5 |
| F9 | 06/13/2023 | 4842 | N717FR | SJU | 23:19 | 23:30 | 173 | 163 | 11 | 23:4 |
| F9 | 06/13/2023 | 4844 | N616FR | SJU | 06:00 | 05:59 | 173 | 173 | -1 | 06:1 |
| F9 | 06/13/2023 | 4846 | N805FR | SJU | 09:30 | 15:03 | 176 | 163 | 333 | 15:1 |
| F9 | 06/13/2023 | 4882 | N316FR | BQN | 06:50 | 06:44 | 168 | 168 | -6 | 07:0 |
| F9 | 06/13/2023 | 4890 | N396FR | PSE | 08:41 | 08:36 | 177 | 172 | -5 | 08:5 |

SOURCE: Bureau of Transportation Statistics

Case No. 1:23-cv-01875-GPG-KAS Document 25 filed 12/06/23 USDC Colorado pg 4 of 15

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10:50 am, Dec 06, 2023
**JEFFREY P. COLWELL, CLERK**

Kusmin Amarsingh <kusminamarsingh@gmail.com>

### Fwd: It's time to check in for your flight to St. Louis
1 message

**Linda Amarsingh** <lindaamarsingh@gmail.com>  Wed, Dec 6, 2023 at 9:19 AM
To: Kusmin Amarsingh <kusminamarsingh@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Frontier Airlines <flights@emails.flyfrontier.com>
> **Date:** June 12, 2023 at 4:41:36 PM CDT
> **To:** lindaamarsingh@gmail.com
> **Subject: It's time to check in for your flight to St. Louis**
> **Reply-To:** Frontier Airlines <flights.email@flyfrontier.com>

Your confirmation code: **HIUY6R**
Last name: **Amarsingh**
Manage your trip

# TIME TO CHECK-IN!

Thank you for choosing Frontier with your Priceline booking.
It's almost time to fly - You can check-in online now!

## CHECK-IN NOW!



**ARRIVE AT THE AIRPORT PREPARED!**

NEW!!! Pre-purchase your bags and seats NOW and secure your boarding pass on our website or mobile app. **Assistance from an airport agent will now cost you $25.**

**MANAGE MY BOOKING**



**GO MOBILE:** Download our app to get your mobile boarding pass.

 

**PRINT AT HOME:** Complete online check-in to get your printable boarding pass.



### PLANNING ON BRINGING A CARRY ON?

Alert: You will be denied boarding unless you pay for your bag.

**Pay for your bags now for the best price!** A carry-on bag is anything larger than a personal item (14H" x 18W" x 8D").

**BUY BAGS NOW**



### DEPARTURE AIRPORT DETAILS

**Philadelphia International Airport (PHL)**

Address: 8000 Essington Ave, Philadelphia, PA 19153
Website: phl.org

### ARRIVAL AIRPORT DETAILS

**St. Louis Lambert International Airport (STL)**

Address: 10701 Lambert International Blvd, St. Louis, MO 63145

Website: www.flystl.com

## DAY OF TRAVEL TIMELINE

✓ **Arrive at airport: 3:00 PM**
Get to the airport **2** hr. before your flight.

✓ **Drop off your checked bags and make sure you have your boarding pass: 4:15 PM**
Bag drop off closes 45 min. before your flight. Be sure to buy your bags now online, bags cost more at the airport.

✓ **Boarding begins: 4:30 PM**
Your seat is assigned and on your boarding pass. Want a better seat? Upgrade online now!

✓ **Doors close: 4:45 PM**
Doors close 15 min. before your flight. Get ready for takeoff!

✓ **Flight Departs: 5:00 PM**
Enjoy your flight. Thanks for flying Frontier!

*Please note:* The time and flight details are accurate as of when this email was sent.
For up to the minute information on your flight, check your current flight status.

## YOUR TRIP



**Departing Flights 1171 & 1211**
Jun. 13, 2023

| PHL | MCO | MCO | STL |
|---|---|---|---|
| 5:00 PM | 7:41 PM | 10:02 PM | 11:29 PM |

**Total Time:** 7 hrs 29 min | 1 Stop (MCO)
*MCO: 2 hrs 21 min layover*

**Kusmin Amarsingh**
**Carry-On:** 0 | **Checked Bag(s):** 0
**Seat Assignment:**
PHL to MCO: Not Assigned
MCO to STL: Not Assigned

**LOOKING FOR TRAVEL INSURANCE?**
Protect your trip with Travel Guard™ travel insurance

AIG

**Be Prepared!**
**Pack a travel insurance plan.**

GET A QUOTE

BOOK A FLIGHT  ONLINE DEALS  MANAGE TRAVEL



CONNECT WITH US  DOWNLOAD THE APP

        

You are receiving this email because of account activity with Frontier Airlines.
Privacy Policy

This message was sent to lindaamarsingh@gmail.com
©2023 Frontier Airlines. All Rights Reserved.
4545 Airport Way | Denver, CO 80239

**Tips to assist with your travel planning:**

Want more legroom? We have it! STRETCH seating is now available on all our airplanes. Learn More.

Rental Cars: Choose from Avis or Budget, all from one easy search! Rent a Car. Book Now.

Terms and Conditions

**IMPORTANT:** By purchasing you have agreed to our terms and conditions and contract of carriage.

You can add Checked and Carry-On Bag options, choose pre-assigned seats, and check the status of your flight on Frontier Airlines' mobile app: Android or iOS.

All passengers are permitted to take one personal item not to exceed 14" tall, 18" wide, and 8" long, on-board the aircraft with no additional charge. Visit our carry-on baggage page for details.

Passengers are required to have their boarding pass in hand 45 minutes prior to departure for domestic flights and 60 minutes for international flights. Passengers must be at the designated gate 30 minutes prior to departure.

To contact Customer Relations, visit www.flyfrontier.com/customer-support/ or mail to: Attn: Customer Relations, Frontier Airlines, 4545 Airport Way, Denver, CO 80239

Case No. 1:23-cv-01877-RMR-KAS Document 25 filed 12/09/24 USDC Colorado pg 8 of 15

**AIRLINE PASSENGERS WITH DISABILITIES BILL OF RIGHTS**

If you are a passenger with a disability and require special services, please review the Airline Passengers with Disabilities Bill of Rights for more information.

**TERMS AND CONDITIONS FRONTIER AIRLINES MASTER CARD**

1. Offer subject to credit approval. This offer is available through this advertisement and may not be accessible elsewhere. For complete pricing and other details, please see the Terms and Conditions.

This one-time offer is valid for eligible cardmembers. You may not be eligible for this offer if you currently have or previously had an account with us in this program. In addition, you may not be eligible for this offer if, at any time during our relationship with you, we have cause, as determined by us in our sole discretion, to suspect that the account is being obtained or will be used for abusive or gaming activity (such as, but not limited to, obtaining or using the account to maximize rewards earned in a manner that is not consistent with typical consumer activity and/or multiple credit card account applications/openings). Please see the About This Offer section of the Terms and Conditions for important information.

2. Conditions and limitations apply. Please refer to the Frequently Asked Questions section of the website and the Reward Rules within the Terms and Conditions for additional information about the rewards program.

The FRONTIER Airlines World Mastercard® is issued by Barclays Bank Delaware (Barclays) pursuant to a license from Mastercard international Incorporated. Mastercard and World Mastercard are registered trademarks, and the circles design is a trademark of Mastercard International Incorporated.

©2020 Barclays Bank Delaware, PO Box 8801, Wilmington DE 19801, Member FDIC.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:50 am, Dec 06, 2023
JEFFREY P. COLWELL, CLERK



Kusmin Amarsingh <kusminamarsingh@gmail.com>

---

**Fwd: Your Flight Confirmation Code A8722S**
1 message

---

**Linda Amarsingh** <lindaamarsingh@gmail.com>    Wed, Dec 6, 2023 at 9:19 AM
To: Kusmin Amarsingh <kusminamarsingh@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Frontier Airlines <flights@emails.flyfrontier.com>
> **Date:** June 4, 2023 at 11:50:22 AM CDT
> **To:** lindaamarsingh@gmail.com
> **Subject: Your Flight Confirmation Code A8722S**
> **Reply-To:** Frontier Airlines <flights.email@flyfrontier.com>

# PURCHASE CONFIRMATION

Thank you for your purchase with us!

Your flight confirmation code is:    **A8722S**

You can check-in and retrieve your boarding pass 24 hours before your flight.

Need to update or cancel/change your flight?

    ACCESS YOUR BOOKING

## PURCHASE SUMMARY

**AMOUNT PAID: $287.95**

FLIGHTS    Subtotal: $187.96

## DEPARTING FLIGHT 639 & 520



**Pensacola (PNS) to Philadelphia (PHL)**

Depart: 6/6/2023 9:33 PM | Arrive: 6/7/2023 1:26 PM
Total Duration: 14 hr 53 min

🕐 This flight arrives 1 day after departure (+1)

**1 Stop - Denver (DEN)**

**PNS to DEN**
Depart: 6/6/2023 9:33 PM | Arrive: 6/6/2023 11:59 PM
**Layover:** 7 hr 51 min Note: This layover is +6 hours.

**DEN to PHL**
Depart: 6/7/2023 7:50 AM | Arrive: 6/7/2023 1:26 PM

## RETURNING FLIGHT 511 & 638



**Philadelphia (PHL) to Pensacola (PNS)**

Depart: 6/12/2023 5:55 AM | Arrive: 6/12/2023 1:23 PM
Total Duration: 8 hr 28 min

**1 Stop - Denver (DEN)**

**PHL to DEN**
Depart: 6/12/2023 5:55 AM | Arrive: 6/12/2023 8:09 AM
**Layover:** 1 hr 14 min

**DEN to PNS**
Depart: 6/12/2023 9:23 AM | Arrive: 6/12/2023 1:23 PM

## MEMBERSHIPS                                           $99.99

### DISCOUNT DEN®



**ANNUAL MEMBERSHIP FEE $59.99**
**INITIAL SIGN UP FEE $40.00**

## PASSENGERS

### ADULT(S)



**1 - Kusmin Amarsingh**
*FRONTIER Miles*$^{sm}$ #: 90095850361

## BUNDLE IT

### BUNDLE AND SAVE


**Add the PERKS℠ Bundle and save!**
Buy Now And Save!
You get: 1 Carry-on, 1 Checked Bag & Seat Assignment

## SERVICES                                                   Subtotal: $0.00



### Self-Service

**$0.00 | No Pre-Purchased Airport Agent Assistance**

**FREE -** You have chosen Self-Service and will not need assistance from an airport agent. Please download our mobile app or visit flyfrontier.com.

If you prefer Agent Assistance at the airport ticket counter for things like checking in and printing your boarding pass, you may purchase that now. See exclusions.

 Reminder, bags and seats cost more at the airport.

## SEATS                                                       Subtotal: $0.00


**You have not purchased a seat assignment(s)**
You will be randomly assigned seat(s) at check-in.
**Buy Seat Assignments Now**!

## BAGS                                                        Subtotal: $0.00


**You have not purchased bags**
You can bring one personal item no larger than larger than 14"H X 18"W X 8"D.
**Buy Bags Now**!

**LOOKING FOR TRAVEL INSURANCE?**
Protect your trip with Travel Guard™ travel insurance



**Be Prepared!
Pack a travel insurance plan.**

GET A QUOTE

## PASSENGER OPTIONS & EXTRAS DETAIL

**Kusmin Amarsingh**

| | |
|---|---|
| Discount Den Sign up Fee | $59.99 |
| New Enrollment Fee | $40.00 |

## TAXES AND CARRIER IMPOSED FEES

| | |
|---|---|
| US Transportation Tax | $2.01 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Passenger Security Fee | $5.60 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |
| US Transportation Tax | $1.31 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Passenger Security Fee | $5.60 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |

## PURCHASE TOTAL

| | |
|---|---|
| Airfare | $44.24 |
| Options | $40.00 |
| Memberships | $59.99 |
| Taxes and Carrier-Imposed Fees | $143.72 |
| **Grand Total** | **$287.95** |

## PAYMENT: VISA

| | |
|---|---|
| **Total** | **$287.95** |
| Payment Date | 06-04-2023 |
| Payment Type | VISA |
| ***Approved*** | XXXXXXXXXXXX8119 |



$89 Annual Fee

# EARN UP TO 60,000 BONUS MILES

Enough to redeem for up to 5 domestic one-way tickets with the FRONTIER Airlines World Mastercard® after qualifying account activity. Terms apply.

**APPLY NOW**

BOOK A FLIGHT  ONLINE DEALS  MANAGE TRAVEL

**CONNECT WITH US**

  

**DOWNLOAD THE APP**

 

You are receiving this email because of account activity with Frontier Airlines.
Privacy Policy

This message was sent to lindaamarsingh@gmail.com
©2023 Frontier Airlines. All Rights Reserved.
4545 Airport Way | Denver, CO 80239

---

**AIRLINE PASSENGERS WITH DISABILITIES BILL OF RIGHTS**

If you are a passenger with a disability and require special services, please review the Airline Passengers with Disabilities Bill of Rights for more information.

**Tips to assist with your travel planning:**

Save time at the airport: check in online within 24 hours of your departure.

Want more legroom? We have it! STRETCH seating is now available on all our airplanes. Learn More.

Rental Cars: Choose from Avis or Budget, all from one easy search! Rent a Car. Book Now.

**Terms and Conditions**

**IMPORTANT: By purchasing you have agreed to our terms and conditions and contract of carriage.**

You can add Checked and Carry-On Bag options, choose pre-assigned seats, and check the status of your flight on Frontier Airlines' mobile app: Android or iOS.

All passengers are permitted to take one personal item not to exceed 14" tall, 18" wide, and 8" deep on-board the aircraft with no additional charge. Visit our carry-on baggage page for details.

BAG OPTION PRICES:

| Purchase Location | Carry-On Bag | 1st Checked Bag | 2nd Checked Bag | >3+ Checked Bag |
|---|---|---|---|---|
| BEST VALUE! At booking on web/mobile | $54 | $54 | $74 | $94 |
| After booking and up to 24 hrs before departure on web/mobile | $64 | $64 | $84 | $104 |
| Customer Support Agent | $79 | $79 | $89 | $95 |
| Web/mobile check-in | $64 | $64 | $84 | $104 |
| Airport ticket counter or self-serve kiosk | $79 | $79 | $89 | $95 |
| Departure gate | $99 | $99 for bags exceeding our size requirements | N/A | N/A |

All prices are per passenger, per direction. A service agent charge of up to $25 per person per direction applies to all agent assisted transactions.

Charges for seating upgrades are charged per flight, including connecting flights in the itinerary.

All Elite members may bring a large carry-on bag for free. All passengers on an Elite 100k members' booking may bring a large carry-on bag and/or may check one bag for free. Active military passengers, subject to verification, may bring one carry-on bag and/or may check up to two bags, which may be oversize and/or overweight, for free. This benefit does not extend to family members or other travelling companions.

PERSONAL ITEM: Personal items can be no larger than 14" tall, 18" wide, and 8" deep.

CARRY-ON BAG SPECIFICATIONS: Carry-On Bags can be no larger than 24" tall, 10" wide, and 16" long (including handles, wheels, and straps) and no heavier than 35 pounds. Any customer who arrives at the gate with a carry-on bag that exceeds the allowable dimensions will be charged the Checked Bag price to gate check the bag.

OVERWEIGHT CHECKED BAGGAGE: $75-$100 per bag, per direction (Non-Refundable) For tickets purchased on or after May 11, 2023, bags weighing 41-50 pounds will be charged $75 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. Bags in excess of 100 pounds will not be accepted.

For tickets purchased before May 11, 2023, bags weighing 41-50 pounds will be charged $50 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. Bags in excess of 100 pounds will not be accepted

If you purchased your ticket at FlyFrontier.com or through our Reservations Department, you may request a full refund up to 24 hours after the time of purchase if the purchase was made 7 days (168 hours) or more prior to your flight's departure. This ticket may be canceled and refunded at the My Trips section on FlyFrontier.com.

Passengers are required to have their boarding pass in hand 45 minutes prior to departure for domestic flights and 60 minutes for international flights. Passengers must be at the designated gate 30 minutes prior to departure.

You may change an Economy ticket provided that (1) you do so prior to the scheduled flight departure time and (2) you pay any difference between the fare purchased and the fare for the new flight(s) (no refund will apply if the fare of the new ticket is less) plus a service fee. For full details, visit FlyFrontier.com.

If you purchased a Discount Den membership, you can find all details of your subscription on the Membership Terms and Conditions page.

To contact Customer Relations, visit www.flyfrontier.com/customer-support/ or mail to: Attn: Customer Relations, Frontier Airlines, 4545 Airport Way, Denver, CO 80239