🇺🇸 An official website of the United States government Here's how you know

United States Department of Transportation

Ask-A-Librarian   A-Z Index

Search

BTS > TranStats
Airline On-Time Statistics



## Detailed Statistics Departures

NOTE: Due to the large amount of data to be searched, time period should be limited to a maximum total of 31 days for any combination of Month, Date and Year. For example, if October, November and December Month checkboxes are selected; 1,7,14,21 and 28 Day checkboxes are selected and 1997 Year checkbox is selected, then the total time period is 15 days. Times are reported in local time using a 24 hour clock.

**Statistics:**
☐ All Statistics
☑ Scheduled departure time   ☐ Actual departure time   ☐ Scheduled elapsed time
☐ Actual elapsed time   ☐ Departure delay   ☐ Wheels-off time
☐ Taxi-Out time   ☐ Cause of Delay

**Origin Airport** Orlando, FL: Orlando International (MCO)

**Airline** Frontier Airlines Inc. (F9)

**Month(s):**
☐ All Months
☐ Jan   ☐ Feb   ☐ Mar   ☐ Apr   ☐ May   ☑ Jun
☐ Jul   ☐ Aug   ☐ Sep   ☐ Oct   ☐ Nov   ☐ Dec

**Day(s):**
☐ All Days

| ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐8 | ☐9 | ☐10 |
|---|---|---|---|---|---|---|---|---|---|
| ☐11 | ☐12 | ☑13 | ☐14 | ☐15 | ☐16 | ☐17 | ☐18 | ☐19 | ☐20 |
| ☐21 | ☐22 | ☑23 | ☐24 | ☐25 | ☐26 | ☐27 | ☐28 | ☐29 | ☐30 |
| ☐31 | | | | | | | | | |

**Year(s):**
☐ All Years

| ☐1987 | ☐1988 | ☐1989 | ☐1990 | ☐1991 | ☐1992 |
|---|---|---|---|---|---|
| ☐1993 | ☐1994 | ☐1995 | ☐1996 | ☐1997 | ☐1998 |
| ☐1999 | ☐2000 | ☐2001 | ☐2002 | ☐2003 | ☐2004 |
| ☐2005 | ☐2006 | ☐2007 | ☐2008 | ☐2009 | ☐2010 |
| ☐2011 | ☐2012 | ☐2013 | ☐2014 | ☐2015 | ☐2016 |
| ☐2017 | ☐2018 | ☐2019 | ☐2020 | ☐2021 | ☐2022 |
| ☑2023 | ☐2024 | | | | |

[ Reset ]   [ Submit ]

**Origin Airport:** Orlando, FL: Orlando International (MCO)
**Airline:** Frontier Airlines Inc. (F9)
**Month(s):** June
**Day(s):** 13 and 23
**Year(s):** 2023

NOTE: A complete listing of airline and airport abbreviations is available. Times are reported in local time using a 24 hour clock. Airlines began reporting tarmac times for cancelled and diverted flights in October 2008. Tarmac times for cancelled or diverted flights operated prior to Oct. 1, 2008 are not available. Cause of delay data is available on this database beginning with flights operated in October 2008. For cause of delay data from June 2003, when cause of delay data was first reported, see BTS Causes of Delay or the On-Time Performance database For an explanation of the Cause of Delay reporting, see Understanding the Reporting of Causes of Flight Delays and Cancellations.
All Cause of Delay (in minutes) are referring to the Arrival Delay.

| Carrier Code | Date (MM/DD/YYYY) | Flight Number | Tail Number | Destination Airport | Scheduled departure time |
|---|---|---|---|---|---|
| F9 | 06/13/2023 | 0044 | N609FR | ORD | 07:45 |
| F9 | 06/13/2023 | 0678 | N339FR | TTN | 12:08 |
| F9 | 06/13/2023 | 0679 | N377FR | DEN | 19:15 |
| F9 | 06/13/2023 | 0683 | N379FR | DEN | 11:15 |
| F9 | 06/13/2023 | 0801 | N313FR | DFW | 21:01 |
| F9 | 06/13/2023 | 0804 | N232FR | TTN | 19:34 |
| F9 | 06/13/2023 | 0882 | N375FR | CLT | 13:51 |
| F9 | 06/13/2023 | 1011 | N377FR | ATL | 06:30 |
| F9 | 06/13/2023 | 1013 | N706FR | ATL | 18:10 |
| F9 | 06/13/2023 | 1042 | N377FR | CLE | 11:29 |
| F9 | 06/13/2023 | 1046 | N723FR | CLE | 22:02 |
| F9 | 06/13/2023 | 1048 | N236FR | CLE | 14:56 |
| F9 | 06/13/2023 | 1054 | N342FR | CMH | 18:34 |
| F9 | 06/13/2023 | 1062 | N330FR | CVG | 11:29 |
| F9 | 06/13/2023 | 1064 | N375FR | CVG | 21:54 |
| F9 | 06/13/2023 | 1096 | N236FR | ISP | 21:58 |
| F9 | 06/13/2023 | 1098 | N717FR | ISP | 07:40 |
| F9 | 06/13/2023 | 1103 | N308FR | LAS | 09:45 |
| F9 | 06/13/2023 | 1105 | N388FR | LAS | 23:14 |
| F9 | 06/13/2023 | 1151 | N709FR | ONT | 17:43 |
| F9 | 06/13/2023 | 1158 | N236FR | ORF | 08:53 |
| F9 | 06/13/2023 | 1162 | N704FR | PHL | 06:57 |
| F9 | 06/13/2023 | 1164 | N229FR | PHL | 08:57 |
| F9 | 06/13/2023 | 1166 | N388FR | PHL | 10:49 |
| F9 | 06/13/2023 | 1168 | N378FR | PHL | 16:18 |
| F9 | 06/13/2023 | 1170 | N330FR | PHL | 18:06 |
| F9 | 06/13/2023 | 1172 | N348FR | PHL | 20:40 |
| F9 | 06/13/2023 | 1190 | N721FR | RDU | 09:57 |
| F9 | 06/13/2023 | 1192 | N721FR | RDU | 15:46 |
| F9 | 06/13/2023 | 1195 | N328FR | SAN | 19:20 |
| F9 | 06/13/2023 | 1206 | N611FR | BDL | 07:45 |
| F9 | 06/13/2023 | 1211 | N605FR | STL | 22:02 |
| F9 | 06/13/2023 | 1214 | N378FR | SYR | 08:55 |
| F9 | 06/13/2023 | 1238 | N375FR | BOS | 06:00 |
| F9 | 06/13/2023 | 1242 | N396FR | BWI | 16:56 |
| F9 | 06/13/2023 | 1247 | N353FR | DFW | 11:40 |
| F9 | 06/13/2023 | 1251 | N342FR | IAH | 11:57 |
| F9 | 06/13/2023 | 1287 | N716FR | PHX | 19:15 |
| F9 | 06/13/2023 | 1334 | N316FR | LGA | 14:22 |
| F9 | 06/13/2023 | 1737 | N338FR | SFO | 20:25 |
| F9 | 06/13/2023 | 4842 | N717FR | SJU | 23:19 |
| F9 | 06/13/2023 | 4844 | N616FR | SJU | 06:00 |
| F9 | 06/13/2023 | 4846 | N605FR | SJU | 09:30 |
| F9 | 06/13/2023 | 4882 | N316FR | BQN | 06:50 |
| F9 | 06/13/2023 | 4890 | N396FR | PSE | 08:41 |
| F9 | 06/23/2023 | 0044 | N613FR | ORD | 07:40 |

| | | | | | |
|---|---|---|---|---|---|
| F9 | 06/23/2023 | 0678 | N323FR | TTN | 12:23 |
| F9 | 06/23/2023 | 0681 | N715FR | DEN | 19:05 |
| F9 | 06/23/2023 | 0683 | N390FR | DEN | 11:22 |
| F9 | 06/23/2023 | 0798 | N324FR | TTN | 19:58 |
| F9 | 06/23/2023 | 0801 | N371FR | DFW | 21:01 |
| F9 | 06/23/2023 | 1011 | N230FR | ATL | 06:00 |
| F9 | 06/23/2023 | 1013 | N611FR | ATL | 17:10 |
| F9 | 06/23/2023 | 1022 | | MDW | 10:40 |
| F9 | 06/23/2023 | 1031 | | BNA | 08:00 |
| F9 | 06/23/2023 | 1038 | N329FR | BUF | 07:21 |
| F9 | 06/23/2023 | 1042 | N230FR | CLE | 10:58 |
| F9 | 06/23/2023 | 1046 | N719FR | CLE | 20:58 |
| F9 | 06/23/2023 | 1050 | N709FR | CLT | 13:46 |
| F9 | 06/23/2023 | 1060 | N717FR | CVG | 07:40 |
| F9 | 06/23/2023 | 1064 | N326FR | CVG | 21:54 |
| F9 | 06/23/2023 | 1070 | N709FR | DTW | 06:00 |
| F9 | 06/23/2023 | 1074 | N708FR | GRR | 08:05 |
| F9 | 06/23/2023 | 1090 | N718FR | IND | 15:09 |
| F9 | 06/23/2023 | 1096 | N718FR | ISP | 21:58 |
| F9 | 06/23/2023 | 1098 | | ISP | 11:19 |
| F9 | 06/23/2023 | 1103 | N329FR | LAS | 09:48 |
| F9 | 06/23/2023 | 1105 | N394FR | LAS | 23:04 |
| F9 | 06/23/2023 | 1139 | N365FR | MSY | 13:35 |
| F9 | 06/23/2023 | 1151 | N301FR | ONT | 17:38 |
| F9 | 06/23/2023 | 1162 | N392FR | PHL | 06:57 |
| F9 | 06/23/2023 | 1164 | | PHL | 08:57 |
| F9 | 06/23/2023 | 1166 | N384FR | PHL | 10:49 |
| F9 | 06/23/2023 | 1168 | N326FR | PHL | 14:35 |
| F9 | 06/23/2023 | 1170 | N387FR | PHL | 17:43 |
| F9 | 06/23/2023 | 1190 | N708FR | RDU | 15:36 |
| F9 | 06/23/2023 | 1192 | N721FR | RDU | 19:07 |
| F9 | 06/23/2023 | 1195 | N365FR | SAN | 19:13 |
| F9 | 06/23/2023 | 1199 | N326FR | SAT | 06:15 |
| F9 | 06/23/2023 | 1206 | N611FR | BDL | 06:43 |
| F9 | 06/23/2023 | 1211 | N722FR | STL | 22:00 |
| F9 | 06/23/2023 | 1242 | N235FR | BWI | 16:56 |
| F9 | 06/23/2023 | 1249 | N336FR | DFW | 10:39 |
| F9 | 06/23/2023 | 1287 | N373FR | PHX | 15:55 |
| F9 | 06/23/2023 | 1334 | N719FR | LGA | 14:12 |
| F9 | 06/23/2023 | 1339 | N373FR | HOU | 09:18 |
| F9 | 06/23/2023 | 1737 | N317FR | SFO | 20:25 |
| F9 | 06/23/2023 | 4842 | N723FR | SJU | 23:51 |
| F9 | 06/23/2023 | 4844 | N604FR | SJU | 06:20 |
| F9 | 06/23/2023 | 4846 | | SJU | 09:45 |
| F9 | 06/23/2023 | 4882 | N717FR | BQN | 16:17 |

SOURCE: Bureau of Transportation Statistics

An official website of the United States government Here's how you know

United States Department of Transportation

Ask-A-Librarian   A-Z Index

Search

BTS >   TranStats
Airline On-Time Statistics



## Detailed Statistics Departures

NOTE: Due to the large amount of data to be searched, time period should be limited to a maximum total of 31 days for any combination of Month, Date and Year. For example, if October, November and December Month checkboxes are selected; 1,7,14,21 and 28 Day checkboxes are selected and 1997 Year checkbox is selected, then the total time period is 15 days. Times are reported in local time using a 24 hour clock.

Statistics:
- ☐ All Statistics
- ☑ Scheduled departure time  ☐ Actual departure time  ☐ Scheduled elapsed time
- ☐ Actual elapsed time  ☐ Departure delay  ☐ Wheels-off time
- ☐ Taxi-Out time  ☐ Cause of Delay

Origin Airport: Philadelphia, PA: Philadelphia International (PHL)

Airline: Frontier Airlines Inc. (F9)

Month(s):
☐ All Months
☐ Jan  ☐ Feb  ☐ Mar  ☐ Apr  ☐ May  ☑ Jun
☐ Jul  ☐ Aug  ☐ Sep  ☐ Oct  ☐ Nov  ☐ Dec

Day(s):
☐ All Days

| ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐8 | ☐9 | ☐10 |
| ☐11 | ☐12 | ☑13 | ☑14 | ☑15 | ☑16 | ☑17 | ☑18 | ☑19 | ☑20 |
| ☑21 | ☑22 | ☑23 | ☐24 | ☐25 | ☐26 | ☐27 | ☐28 | ☐29 | ☐30 |
| ☐31 | | | | | | | | | |

Year(s):
☐ All Years

| ☐1987 | ☐1988 | ☐1989 | ☐1990 | ☐1991 | ☐1992 |
| ☐1993 | ☐1994 | ☐1995 | ☐1996 | ☐1997 | ☐1998 |
| ☐1999 | ☐2000 | ☐2001 | ☐2002 | ☐2003 | ☐2004 |
| ☐2005 | ☐2006 | ☐2007 | ☐2008 | ☐2009 | ☐2010 |
| ☐2011 | ☐2012 | ☐2013 | ☐2014 | ☐2015 | ☐2016 |
| ☐2017 | ☐2018 | ☐2019 | ☐2020 | ☐2021 | ☐2022 |
| ☑2023 | ☐2024 | | | | |

[Reset]  [Submit]

**Origin Airport:** Philadelphia, PA: Philadelphia International (PHL)
**Airline:** Frontier Airlines Inc. (F9)
**Month(s):** June
**Day(s):** 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 and 23
**Year(s):** 2023

NOTE: A complete listing of airline and airport abbreviations is available. Times are reported in local time using a 24 hour clock. Airlines began reporting tarmac times for cancelled and diverted flights in October 2008. Tarmac times for cancelled or diverted flights operated prior to Oct. 1, 2008 are not available. Cause of delay data is available on this database beginning with flights operated in October 2008. For cause of delay data from June 2003, when cause of delay data was first reported, see BTS Causes of Delay or the On-Time Performance database For an explanation of the Cause of Delay reporting, see Understanding the Reporting of Causes of Flight Delays and Cancellations.
All Cause of Delay (in minutes) are referring to the Arrival Delay.

Excel | CSV

| Carrier Code | Date (MM/DD/YYYY) | Flight Number | Tail Number | Destination Airport | Scheduled departure time | |
|---|---|---|---|---|---|---|
| F9 | 06/13/2023 | 0155 | N712FR | ATL | 06:05 | |
| F9 | 06/13/2023 | 0511 | N230FR | DEN | 05:30 | |
| F9 | 06/13/2023 | 0519 | N378FR | DEN | 20:45 | |
| F9 | 06/13/2023 | 1165 | N330FR | MCO | 07:59 | |
| F9 | 06/13/2023 | 1167 | N706FR | MCO | 13:20 | |
| F9 | 06/13/2023 | 1169 | N388FR | MCO | 19:32 | |
| F9 | 06/13/2023 | 1171 | N348FR | MCO | 17:00 | Plaintiff's Flight |
| F9 | 06/13/2023 | 1173 | N328FR | MCO | 05:30 | |
| F9 | 06/13/2023 | 1175 | N330FR | MCO | 21:34 | |
| F9 | 06/13/2023 | 1651 | N324FR | RDU | 10:49 | |
| F9 | 06/13/2023 | 1653 | N719FR | RDU | 13:33 | |
| F9 | 06/13/2023 | 1707 | N388FR | CVG | 14:14 | |
| F9 | 06/13/2023 | 2143 | N713FR | LAS | 19:03 | |
| F9 | 06/13/2023 | 2295 | N610FR | FLL | 06:00 | |
| F9 | 06/13/2023 | 2297 | N229FR | FLL | 12:35 | |
| F9 | 06/13/2023 | 2303 | N394FR | DFW | 12:52 | |
| F9 | 06/13/2023 | 2315 | N230FR | CLT | 17:26 | |
| F9 | 06/13/2023 | 2327 | N367FR | MIA | 19:00 | |
| F9 | 06/13/2023 | 2347 | N348FR | PBI | 09:32 | |
| F9 | 06/13/2023 | 2355 | N371FR | RSW | 21:32 | |
| F9 | 06/13/2023 | 2363 | N371FR | SAV | 15:05 | |
| F9 | 06/13/2023 | 2375 | N322FR | TPA | 12:19 | |
| F9 | 06/13/2023 | 2377 | N346FR | TPA | 18:37 | |
| F9 | 06/13/2023 | 2385 | N353FR | ATL | 19:45 | |
| F9 | 06/13/2023 | 4862 | N376FR | SJU | 08:40 | |
| F9 | 06/13/2023 | 4864 | N324FR | SJU | 15:54 | |
| F9 | 06/13/2023 | 4870 | N704FR | JAX | 10:31 | |
| F9 | 06/14/2023 | 0155 | N719FR | ATL | 06:10 | |
| F9 | 06/14/2023 | 0511 | N348FR | DEN | 05:30 | |
| F9 | 06/14/2023 | 0519 | N717FR | DEN | 20:41 | |
| F9 | 06/14/2023 | 1165 | N228FR | MCO | 07:59 | |
| F9 | 06/14/2023 | 1167 | N609FR | MCO | 13:19 | |
| F9 | 06/14/2023 | 1169 | N348FR | MCO | 17:31 | |
| F9 | 06/14/2023 | 1171 | N316FR | MCO | 19:12 | |
| F9 | 06/14/2023 | 1173 | N713FR | MCO | 05:30 | |
| F9 | 06/14/2023 | 1369 | N394FR | MDW | 20:14 | |
| F9 | 06/14/2023 | 1651 | N375FR | RDU | 18:25 | |
| F9 | 06/14/2023 | 1653 | N368FR | RDU | 14:08 | |
| F9 | 06/14/2023 | 2143 | N318FR | LAS | 18:35 | |
| F9 | 06/14/2023 | 2267 | N395FR | CLE | 17:04 | |
| F9 | 06/14/2023 | 2286 | N368FR | BOS | 09:34 | |
| F9 | 06/14/2023 | 2295 | N711FR | FLL | 06:01 | |
| F9 | 06/14/2023 | 2297 | N303FR | FLL | 13:08 | |
| F9 | 06/14/2023 | 2301 | N329FR | DFW | 20:14 | |
| F9 | 06/14/2023 | 2307 | N375FR | BNA | 12:23 | |
| F9 | 06/14/2023 | 2315 | N367FR | CLT | 17:18 | |

| | | | | | |
|---|---|---|---|---|---|
| F9 | 06/14/2023 | 2329 | | MIA | 21:12 |
| F9 | 06/14/2023 | 2339 | N395FR | MSY | 09:54 |
| F9 | 06/14/2023 | 2355 | N395FR | RSW | 21:43 |
| F9 | 06/14/2023 | 2375 | N308FR | TPA | 09:46 |
| F9 | 06/14/2023 | 2377 | N720FR | TPA | 17:36 |
| F9 | 06/14/2023 | 2385 | N353FR | ATL | 19:40 |
| F9 | 06/14/2023 | 4862 | N324FR | SJU | 06:29 |
| F9 | 06/14/2023 | 4864 | N311FR | SJU | 15:54 |
| F9 | 06/14/2023 | 4870 | N392FR | JAX | 10:39 |
| F9 | 06/15/2023 | 0155 | N706FR | ATL | 06:15 |
| F9 | 06/15/2023 | 0511 | N375FR | DEN | 06:00 |
| F9 | 06/15/2023 | 0519 | | DEN | 20:23 |
| F9 | 06/15/2023 | 1165 | N352FR | MCO | 07:59 |
| F9 | 06/15/2023 | 1167 | N609FR | MCO | 13:20 |
| F9 | 06/15/2023 | 1169 | N334FR | MCO | 19:12 |
| F9 | 06/15/2023 | 1171 | N352FR | MCO | 21:34 |
| F9 | 06/15/2023 | 1173 | N324FR | MCO | 05:55 |
| F9 | 06/15/2023 | 1651 | N367FR | RDU | 14:57 |
| F9 | 06/15/2023 | 1653 | N396FR | RDU | 06:18 |
| F9 | 06/15/2023 | 1707 | N370FR | CVG | 15:19 |
| F9 | 06/15/2023 | 2145 | N311FR | LAS | 22:21 |
| F9 | 06/15/2023 | 2295 | N614FR | FLL | 06:26 |
| F9 | 06/15/2023 | 2297 | N356FR | FLL | 12:34 |
| F9 | 06/15/2023 | 2303 | N353FR | DFW | 12:36 |
| F9 | 06/15/2023 | 2315 | N375FR | CLT | 17:41 |
| F9 | 06/15/2023 | 2327 | N396FR | MIA | 17:43 |
| F9 | 06/15/2023 | 2347 | N311FR | PBI | 09:34 |
| F9 | 06/15/2023 | 2355 | N391FR | RSW | 21:54 |
| F9 | 06/15/2023 | 2363 | N322FR | SAV | 16:33 |
| F9 | 06/15/2023 | 2371 | N720FR | SRQ | 13:33 |
| F9 | 06/15/2023 | 2375 | N381FR | TPA | 11:38 |
| F9 | 06/15/2023 | 2377 | N305FR | TPA | 14:14 |
| F9 | 06/15/2023 | 2383 | N346FR | ATL | 20:12 |
| F9 | 06/15/2023 | 4862 | N236FR | SJU | 10:50 |
| F9 | 06/15/2023 | 4864 | N391FR | SJU | 15:54 |
| F9 | 06/15/2023 | 4870 | N606FR | JAX | 10:31 |
| F9 | 06/16/2023 | 0155 | N708FR | ATL | 06:05 |
| F9 | 06/16/2023 | 0511 | N322FR | DEN | 06:02 |
| F9 | 06/16/2023 | 0519 | N715FR | DEN | 20:41 |
| F9 | 06/16/2023 | 1163 | N611FR | MCO | 21:20 |
| F9 | 06/16/2023 | 1165 | N722FR | MCO | 12:19 |
| F9 | 06/16/2023 | 1167 | N611FR | MCO | 13:59 |
| F9 | 06/16/2023 | 1169 | N720FR | MCO | 17:22 |
| F9 | 06/16/2023 | 1173 | N604FR | MCO | 05:50 |
| F9 | 06/16/2023 | 1369 | N335FR | MDW | 20:14 |
| F9 | 06/16/2023 | 1651 | N368FR | RDU | 18:45 |
| F9 | 06/16/2023 | 1653 | N351FR | RDU | 06:30 |
| F9 | 06/16/2023 | 2143 | N343FR | LAS | 18:23 |