IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 23-cv-01875-GPG-KAS

KUSMIN L. AMARSINGH,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 38] Order entered by Judge Gordon P. Gallagher on September 24, 2024, it is

ORDERED that the Amended Recommendation of the United States Magistrate Judge [D. 33] is AFFIRMED and ADOPTED as an Order of the Court. It is

FURTHER ORDERED that Plaintiff's Objection is OVERRULED. It is

FURTHER ORDERED that Defendant Frontier Airlines Inc.'s Motion to Dismiss with Prejudice [D. 22] is GRANTED in Part and Denied in Part. It is

FURTHER ORDERED that all claims are DISMISSED without Prejudice.

This case will be closed.

Dated at Grand Junction, Colorado this 24th day of September 2024.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                        By:   s/D. Clement
                                D. Clement
                                Deputy Clerk