FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:52 am, Oct 03, 2024
JEFFREY P. COLWELL, CLERK

*October 3, 2024*

JUDGE GORDON P. GALLAGHER
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

The Honorable Judge Gallagher:

**SUBJECT: 23-cv-01875-GPG-KAS, REQUEST FOR CLARIFICATION**

I respectfully request that the Court provide the basis for its decision to grant the default judgment against me and overrule my objections to the magistrate judge's order. Without the court's reasons, I cannot tell whether the Court considered my objections de novo or make an informed decision of on whether to refile one or both claims – discrimination and breach of contract.

Under Federal Rule of Civil Procedure 72(b)(3), when a party submits timely objections to a magistrate judge's report and recommendation on a dispositive matter, the district court is required to conduct a de novo review of the contested sections. *Lee v. City of Topeka, 2011 U.S. Dist. LEXIS 101434, Karraker v. Rent-A-Center, Inc., 239 F. Supp. 2d 828*. This means the district court must independently review the objected portions without deferring to the magistrate judge's findings. *United States v. Holu, 2005 U.S. Dist. LEXIS 18598*, *United States v. Blaine, 2006 U.S. Dist. LEXIS 59296*. The court has the discretion to accept, reject, or modify the magistrate judge's recommendations, but this discretion must be exercised based on a thorough review of the objections raised. *Hines v. Abbott Realty, 1998 U.S. Dist. LEXIS 4442, Automobile Mechanics' Local No. 701 v. Auto Truck, 1996 U.S. Dist. LEXIS 14226*.

Here, the Court overruled my objections, which were timely and specific, but did not state any reasons for its decision which is necessary to determine whether the Court applied a de novo review.

Therefore, I respectfully request that the Court provide the reason for its decision to overrule my objections, and grant a default judgment in this case, particularly on my discrimination claim.

Thank you for your attention to this matter.

Respectfully submitted,

*Linda Amarsingh*

Linda Amarsingh
Plaintiff, Pro Se
lindaamarsingh@gmail.com