IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:21 am, Oct 07, 2024
JEFFREY P. COLWELL, CLERK

Civil Action No. 23-cv-01875-GPG-KAS

K. Linda Amarsingh,

        Plaintiff(s),

v.                                  **NOTICE OF APPEAL**

Frontier Airlines Inc.,

        Defendant(s).

---

**NOTICE OF APPEAL FROM FINAL JUDGMENT**

---

**COMES NOW**, Plaintiff K. Linda Amarsingh, appearing pro se, appeals to the United States district Court of Appeals for the Tenth Circuit from the final judgment entered on 24 September 2024.

*K. Linda Amarsingh*
K. LINDA AMARSINGH
Plaintiff, Pro Se
lindaamarsingh@gmail.com
(862) 201-1305

*Rev. 12/2021*