

# U.S. District Court

### District of Colorado

Receipt Date: Oct 31, 2024 3:29PM

Kusmin Amarsingh

| Rcpt. No: 112325 | Trans. Date: Oct 31, 2024 3:29PM | | | Cashier ID: #SA |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203  Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #261 | 10/31/2024 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

USDC Case: 23-cv-1875-GPG-KAS

Appeal: 24-1391